GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Assistant United States Attorney
Arizona State Bar No. 019133
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: dimitra.sampson@usdoj.gov
Attorneys for Plaintiff

**SEALED**

[X] FILED ____ LODGED
____ RECEIVED ____ COPY

SEP 06 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-08092-PCT-DGC (ESW) |
|---|---|
| Plaintiff, | **MOTION TO SEAL INDICTMENT** |
| vs. | |
| Samuel Rappylee Bateman, | **(Filed Under Seal)** |
| Defendant. | |

The United States of America, by and through counsel undersigned and pursuant to Fed.R.Crim.P. 6(e)(4), moves this Court for an Order sealing the Indictment and this motion and order filed in this matter until the arrest of the defendant.

It is not expected that excludable delay under 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this 6th day of September, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Dimitra Sampson*
DIMTIRA H. SAMPSON
Assistant United States Attorney