```
 X  FILED      ___ LODGED
___ RECEIVED   ___ COPY

    SEP 0 6 2022

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY___ NAS_____ DEPUTY
```

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>       v.<br><br>Samuel Rappylee Bateman,<br><br>              Defendant. | No.   CR-22-08092-PCT-DGC (ESW)<br><br>**ORDER TO SEAL INDICTMENT**<br><br>**(Filed Under Seal)** |

Based upon the United States of America's Motion to Seal pursuant to Fed.R.Crim.P. 6(e)(4), and good cause appearing;

**IT IS ORDERED** that the Indictment filed in this matter, the Motion to Seal and this order be filed under seal.

DATED this _____6th_____ day of September, 2022.

_____
HONORABLE JOHN Z. BOYLE
United States Magistrate Judge

CC: None