```
 1  GARY M. RESTAINO
    United States Attorney
 2  District of Arizona
                                                          SEALED
 3  DIMITRA H. SAMPSON
    Assistant United States Attorney
 4  Arizona State Bar No. 019133
    Two Renaissance Square
 5  40 N. Central Ave., Suite 1800
    Phoenix, Arizona 85004
 6  Telephone: 602-514-7500
    Email: dimitra.sampson@usdoj.gov              REDACTED FOR
 7  Attorneys for Plaintiff                       PUBLIC DISCLOSURE
```

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 0 6 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ NMS _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Samuel Rappylee Bateman,<br><br>Defendant. | No.  CR-22-08092-PCT-DGC (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 1512(c)(1) and 2<br>(Destruction of Records in an Official Proceeding and Aid and Abet)<br>Count 1<br><br>18 U.S.C. § 1512(c)(2)<br>(Tampering with an Official Proceeding)<br>Count 2<br><br>18 U.S.C. § 1519 and 2<br>(Destruction of Records in a Federal Investigation and Aid and Abet)<br>Count 3 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about August 28, 2022, in the District of Arizona, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did corruptly alter, destroy, mutilate, and conceal a record, and attempted to do so, with the intent to impair its integrity and availability for use in a foreseeable criminal proceeding before a Court of the United States, an official proceeding, that is, by deleting and attempting to delete electronic communications associated with Signal accounts.

In violation of Title 18, United States Code, Section 1512(c)(1) and 2.

**COUNT 2**

On or about August 28, 2022, in the District of Arizona, the defendant, SAMUEL RAPPYLEE BATEMAN, did corruptly obstruct, influence, and impede a foreseeable prosecution before a Court of the United States, an official proceeding, and attempted to do so, by directing others known and unknown to the grand jury to destroy records, that is, by deleting and attempting to delete electronic communications associated with Signal accounts.

In violation of Title 18, United States Code, Section 1512(c)(2).

**COUNT 3**

On or about August 28, 2022, in the District of Arizona, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly alter, destroy, mutilate, and conceal records, that is, electronic communications associated with Signal accounts, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter that the defendant contemplated was within the jurisdiction of the Federal Bureau of Investigation, a department and agency of the United States.

In violation of Title 18, United States Code, Section 1519 and 2.

A TRUE BILL

S/

FOREPERSON OF THE GRAND JURY
Date:  September 6, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

S/

DIMITRA H. SAMPSON
Assistant U.S. Attorney