**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** September 14, 2022 |
| **USA v. Samuel Rappylee Bateman** | **Case Number:** CR-22-08092-001-PCT-DGC |

**Assistant U.S. Attorney:** Patrick Joseph Schneider for Dimitra Hotis Sampson
**Attorney for Defendant:** Adam K. Zickerman, Retained
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

### INITIAL APPEARANCE

Oral motion to unseal case by the Government. Oral order by the Court unsealing the case (Motion to Seal #1, Order to Seal #2, Indictment #3, Conflict Memo #5, and Order #6).

☒ Indictment Filed  **Date of Arrest:** September 13, 2022
☒ Defendant states true name to be SAME.
   Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is   ☒ Granted  ☐ Denied
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
   ☒ 18§ 3142(f)  ☐ 18§ 3142(d)

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**Arraignment and Detention Hearing** set for Thursday, September 15, 2022 at 11:00 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                              IA     8 min
**Deputy Clerk** Christina Davison

                                                                        Start: 9:33 am
                                                                        Stop:  9:41 am