**THE ZICKERMAN LAW OFFICE, PLLC**
20 East Cherry Ave
Flagstaff, AZ  86001
(928) 774-8400 (office)
(844) 269-9311 (fax)
office@zickermanlaw.com

**ADAM K. ZICKERMAN**
State Bar No. 022320
**NATALIA BERGANDER**
State Bar No. 035993
Attorneys for the Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-22-08092-PCT-DGC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | **PLEA OF NOT GUILTY** |
| Samuel Rappylee Bateman, | |
| Defendant. | |

COMES NOW, Adam K. Zickerman and Natalia Bergander, Attorneys at Law, who hereby enter their appearance as defense counsel for the Defendant in the above-numbered case, for all future proceedings.

RESPECTFULLY SUBMITTED this 14 day of September 2022.

                                                ___*/s/ Adam K. Zickerman*___
                                              Adam K. Zickerman/Natalia Bergander
                                              Attorneys for the Defendant

Original filed with the
Clerk of Federal Court
Court this 14 day of September 2022:

Copies of the foregoing sent to:
Honorable Camille Bibles
United States Magistrate Court
123 N. San Francisco Street, Suite 200
Flagstaff, AZ 86001

Assistant United States Attorney
123 N. San Francisco Street, Suite 410
Flagstaff, AZ 86001

Copy mailed to:

Samuel Rappylee Bateman

C/o Zickerman Law Office, PLLC


By: ___/s/ *Carolina Cordova*