**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** September 15, 2022 |
| **USA v. Samuel Rappylee Bateman** | **Case Number:** CR-22-08092-001-PCT-DGC |

**Assistant U.S. Attorney:** Patrick Joseph Schneider for Dimitra Hotis Sampson
**Attorney for Defendant:** Adam K. Zickerman, Retained
**Interpreter:** N/A
**Defendant:** ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

**DETENTION HEARING:**   ☒ Held   ☐ Continued   ☐ Submitted   ☐ UA
PTS recommends: Detention.
Government position: Detention.
Defense recommends: Release.
Government's request for detention   ☒ Granted   ☐ Denied
☒ Defendant Ordered detained pending Trial as a flight risk and a danger.

**ARRAIGNMENT HEARING**
☒ Held   ☐ Continued   ☐ Submitted

Plea of NOT guilty entered to all pending counts.

☒ Defendant provided with copy of Indictment.   ☒ Reading waived.

**Motion Deadline:** October 6, 2022.

**Jury Trial** set for Tuesday, November 8, 2022 at 9:00 a.m. before District Judge David G. Campbell in Courtroom 603, 401 West Washington Street, Phoenix, Arizona.

**LATER:** Upon reflection the Court will direct the United States Marshals to hold Defendant at the Coconino County Jail for 30 days to allow communication with retained counsel.

**Recorded By** Courtsmart                                **ARR** 1 min
**Deputy Clerk** Christina Davison                        **DH** 35 min

                                                          **Start:** 11:00 am
                                                          **Stop:** 11:36 am