**THE ZICKERMAN LAW OFFICE, PLLC**
20 East Cherry Avenue
Flagstaff, AZ  86001
928.774.8400
Fax: 844.269.9311
office@zickermanlaw.com

**ADAM K. ZICKERMAN**
State Bar No. 022320
**NATALIA BERGANDER**
State Bar No. 035993
Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, | Case No.: CR-22-08092-PCT-DGC |
| Plaintiff, | **WITHDRAWAL OF DEFENDANT'S SECOND (2nd) MOTION TO CONTINUE TRIAL** |
| vs. | |
| **Samuel Rappylee Bateman**, | *The Honorable Judge David Campbell* |
| Defendant | |

Defendant, by and through Undersigned Counsel, hereby Withdraws the Defendant's Second (2nd) Motion to Continue Trial. Defendant may refile such motion closer in time to the current trial date of January 10, 2023, pending results of other matters.

Respectfully submitted this 15th day of October, 2022.

/s/ *Adam Zickerman*
Adam Zickerman
Attorney for Defendant

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2022, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and notice will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Carolina Cordova*
Carolina Cordova