AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

FILED ✓ RECEIVED    LODGED    COPY

NOV 21 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CR-22-8092-PCT-DGC |
| Samuel Rappylee Bateman | ) | |
| | ) | ~~SEALED~~ |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Samuel Rappylee Bateman                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1512(c)(1) and 2 - Destruction of Records in an Official Proceeding; Aid and Abet
18:1512(c)(2) - Tampering with an Official Proceeding
18:1519 and 2 - Destruction of Records in a Federal Investigation, Aid and Abet

_____
*Issuing officer's signature*

City and state:     Phoenix, Arizona

ISSUED ON 6:57 am, Sep 07, 2022
s/ Debra D. Lucas, Clerk

M. Pruneau, Deputy Clerk
*Printed name and title*

cc: PTS

| Return |
|---|
| This warrant was received on *(date)* 9.7.22 , and the person was arrested on *(date)* 9.13.22 at *(city and state)* Colorado City, Az . |
| Date: 9.13.22            by: _____ *Arresting officer's signature* |
| Arrested by FBI *Printed name and title* |