# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) Case No. 3:22-CR-08092-DGC |
| Plaintiff, | ) |
| vs. | ) PROPOSED ORDER FOR |
| | ) SUBSTITUTION OF COUNSEL |
| Samuel Rappylee Bateman, | ) |
| | ) (Defendant in Custody) |
| Defendant. | ) |

Pursuant to Defendant's Motion for Substitution of Counsel (Doc. 22), and good cause shown,

IT IS ORDERED substituting Marc J. Victor, Esq., Andrew C. Marcantel, Esq., and The Attorneys for Freedom Law Firm as attorneys of record for Defendant Samuel Rappylee Bateman in place of current counsel, Adam K. Zickerman, Esq.

DATED this _____ day of _____, 2022.

_____
Honorable Judge David G. Campbell
United States District Court