Daniel B. Kaiser
Arizona State Bar No.: 018043
The Kaiser Law Group
718 N. Humphreys St. #100
Flagstaff, Az 86001
Phone: 928-773-7771
Fax: 928-213-1805
KaiserLawGroup@gmail.com
*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Naomi Bistline,<br>Defendant. | No. CR-22-8092-PCT-DGC<br><br>**MOTION TO REMAIN AS CJA COUNSEL FOR DEFENDANT** |

Naomi Bistline, by and through undersigned, hereby requests that Daniel B. Kaiser remain as her Court-Appointed Attorney through the transfer to Phoenix as per her criminal case: CR-22-8092-PCT-DGC. Defense Counsel has already applied to join the Phoenix CJA Panel and is currently awaiting approval. Defense Counsel understands that he cannot and will not bill for travel time and expenses relating to travel. Ms. Bistline requests Mr. Kaiser to remain as her Defense Counsel on her case.

Respectfully submitted: December 15, 2022.

*/s/ Daniel B. Kaiser*
Daniel B. Kaiser

Copy of the foregoing was filed and served on December 15, 2022, to:

Honorable Camille D. Bibles
United States Magistrate Court
123 N. San Francisco Street, Suite 200
Flagstaff, AZ 86001