**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
Phone: (480) 755-7110
Fax: (480) 857-0150
**Marc J. Victor, Esq. – SBN 016064**
Marc@AttorneysForFreedom.com
**Andrew C. Marcantel, Esq. – SBN 031809**
Andy@AttorneysForFreedom.com
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | Case No.  3:22-CR-08092-DGC |
| Plaintiff, | |
| vs. | AMENDED MOTION FOR SUBSTITUTION OF COUNSEL |
| Samuel Rappylee Bateman, | |
| Defendant. | (Defendant in Custody) |

Defendant, Samuel Rappylee Bateman, hereby moves this court, pursuant to LR Civ. 83.3(b), to issue a formal written order substituting Marc J. Victor, Esq., Andrew C. Marcantel, Esq., and The Attorneys for Freedom Law Firm, as attorneys of record for Mr. Bateman in place of Mr. Adam Zickerman, Esq., and Ms. Natalia Bergander, Esq.

Undersigned counsel previously met with Mr. Bateman in person at Central Arizona Detention Center and Defendant has been notified of the case status including the dates and times of any court hearings or trial settings. Defendant approves of this substitution of counsel. *See Exhibit "A" – Signed Consent Form.*

This Motion is made in good faith and not for purposes of delay. The ends of justice served by granting this motion outweigh the best interests of the public and the Defendant in a speedy trial.

RESPECTFULLY SUBMITTED this 19 day of December 2022.

**ATTORNEYS FOR FREEDOM LAW FIRM**

By:   */s/ Marc J. Victor*
Marc J. Victor, Esq.
*Attorney for Defendant*

*/s/Andrew C. Marcantel*
Andrew C. Marcantel, Esq.
*Attorney for Defendant*

DATE:  December 19, 2022

 */s/ Natalia Bergander*
Natalia Bergander, Esq.
*Former Attorney for Defendant*

*/s/ Adam Zickerman*
Adam Zickerman, Esq.
*Former Attorney for Defendant*

2

CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Dimitra H. Sampson, Esq.
Assistant U.S. Attorney

Natalia Bergander, Esq.
Former Counsel for Defendant

Adam Zickerman, Esq.
Former Attorney for Defendant

Emailed to chambers:

The Honorable David G. Campbell
campbell_chambers@azd.uscourts.gov

*/s/ Hailey Dovel*