Exhibit "A"

## CONSENT OF SAMUEL BATEMAN

I consent to Marc J. Victor, Esq., Andrew C. Marcantel, Esq., and The Attorneys for Freedom Law Firm, representing me as counsel in 3:22-CR-08092-DGC. Furthermore, I have no objection to the Court allowing Adam Zickerman, Esq., and Natalia Bergander, Esq. to withdraw from my case.

DATE: 12-16-22

Samuel Bateman