# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Samuel Rappylee Bateman,<br><br>   Defendant. | No. CR-22-08092-01-PCT-DGC<br><br>**ORDER** |

Pursuant to Defendant's Amended Motion for Substitution of Counsel (Doc. 31), and good cause shown,

**IT IS ORDERED** substituting Marc J. Victor, Esq., Andrew C. Marcantel, Esq., and The Attorneys for Freedom Law Firm as attorneys of record for Defendant Samuel Rappylee Bateman in place of current counsel Adam K. Zickerman, Esq., and Natalia Bergander, Esq.

Dated this 23rd day of December, 2022.

*David G. Campbell*
David G. Campbell
Senior United States District Judge