**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
(480) 755-7110
Fax (480) 857-0150
**Marc J. Victor, Esq. – SBN 016064**
Marc@AttorneysForFreedom.com
**Andrew C. Marcantel, Esq. – SBN 031809**
Andy@AttorneysForFreedom.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 3:22-CR-08092-DGC |
| Plaintiff, | |
| vs. | MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS AND CONTINUE TRIAL |
| Samuel Rappylee Bateman, | |
| Defendant. | (Fourth Request) |
| | (Defendant in custody) |

Defendant, Samuel Rappylee Bateman, hereby requests this Court extend the deadline to file pretrial motions, currently set for January 5, 2023, and continue the trial, currently set for January 10, 2023, for sixty days.

Undersigned counsel was recently retained to represent Mr. Bateman and the Motion for Substitution of Counsel was granted on December 23, 2022 (Doc 32). Additional time is needed for the defense to review the entire case file including all the discovery, investigate the case, prepare any pretrial motions, and prepare for trial.

Undersigned counsel has contacted Assistant United States Attorney, Dimitra Sampson, Esq., and she has no objections to an extension of time to file pretrial motions, nor to a trial continuance. Undersigned counsel is unsure if Ms. Sampson was in agreement for a

30-day continuance or a 60-day continuance. Therefore, her full position is unknown. Undersigned has contacted counsel for Co-Defendant Naomi Bistline, Daniel Benjamin Kaiser, Esq., who has no objections to an extension of time to file pre-trial motions, nor to a trial continuance. Undersigned counsel reached out to counsel for Co-Defendant Donnae Barlow, Sandra Kay Hamilton, Esq., who has no objections to an extension of time to file pre-trial motions, nor to a trial continuance. Undersigned counsel is not aware of any counsel for Co-Defendant Moretta Rose Johnson, therefore, undersigned counsel is not sure of her position.

This Motion is made in good faith and not for purposes of delay. The ends of justice served by granting this Motion outweigh the best interests of the public and the Defendant in a speedy trial.

Undersigned counsel expects that excludable delay pursuant to Title 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) may occur as a result of the Motion or from an order based thereon.

RESPECTFULLY SUBMITTED this 28th day of December, 2022.

ATTORNEYS FOR FREEDOM LAW FIRM

*/s/ Marc J. Victor*
Marc J. Victor, Esq.
Attorney for Defendant

2

CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2022, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Dimitra Sampson, Esq.
Assistant U.S. Attorney

Emailed to chambers:

The Honorable David G. Campbell
Campbell_chambers@azd.uscourts.gov

Daniel Benjamin Kaiser
Kaiserlawgroup@gmail.com
Counsel for Naomi Bistline

Sandra Kay Hamilton
Sandrahamiltonlaw@gmail.com
Counsel for Donnae Barlow

By: */s/ Braeden Victor*