# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 3:22-CR-08092-DGC |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | (Fourth Continuance) |
| Samuel Rappylee Bateman, ) | (Defendant in custody) |
| Defendant. ) | |

Upon Motion of the Defendant, with no objection by the Government, and good cause appearing,

**IT IS ORDERED** granting Defendant's Fourth Unopposed Motion to Extend Time to File Pretrial Motions and Continue Trial (Doc 34) for the reasons stated in Defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from January 10, 2023 to_____, 2023 at _____ a.m., and continuing the pretrial motion deadline until _____, 2023.

1  The Court finds excludable delay under Title 18 U.S.C. § 3161(h)(7(A) from _____
2  2022 to _____, 2023.
3
4
5  DATED this _____day of _____, 202___.
6
7
8                                           _____
                                            Honorable David Campbell
9                                           United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26