GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Assistant U.S. Attorney
Arizona State Bar No. 019133
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Dimitra.Sampson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1.  Samuel Rappylee Bateman,<br>2.  Naomi Bistline,<br>3.  Donnae Barlow, and<br>4.  Moretta Rose Johnson,<br><br>Defendants. | No. CR-22-08092-PCT-DGC<br><br>**GOVERNMENT'S UNOPPOSED AMENDED MOTION FOR PROTECTIVE ORDER** |

The United States moves for a protective order pursuant to Rule 16(d)(1) to restrict dissemination of the discovery materials produced in this case. The United States has agreed to disclose the entirety of its investigation to date to the defendants, beyond what is required for the offenses currently charged, in addition to what has already been disclosed. However, those materials include private and personally identifying information (collectively "PII") relating to victims and witnesses in this case, including minors. Redacting the PII from all of those materials may inhibit the defense teams in their ability to review and analyze some of the discovery, and will be unduly burdensome to redact. Also, these discovery materials contain sensitive information about cooperators.

Accordingly, the United States requests that this Court enter a protective order:

1. Permitting the government to provide to defense counsel the discovery materials without redaction of PII, to the extent that PII is present in those materials;

2. Permitting defense counsel to share these discovery materials with other members of their defense teams, including experts, investigators, and other professionals retained by the defendants or defense counsel to assist in the preparation of their defenses;

3. Ordering all members of the defense teams to safeguard and not disclose the materials provided to them, other than to the extent necessary to prepare their defenses;

4. Permitting the defense teams to review the materials with the defendants and potential witnesses to the extent necessary to prepare their defenses;

5. Prohibiting the defendants and potential witnesses from retaining any of the materials during the course of the litigation; and

6. Ordering the defense teams to destroy, at the conclusion of this matter, all of these discovery materials in its possession, except that defense counsel shall be allowed to retain these materials until the time expires for all appeals, collateral attacks, other writs or motions challenging the conviction or sentence, and actions for professional malpractice.

Undersigned counsel has consulted counsel for defendants Bateman, Bistline and Barlow, who do not object to entry of the proposed protective order. Defendant Johnson has not yet been transported back to Arizona, nor has she been assigned Arizona counsel, following her arrest on December 2, 2022 in Spokane, Washington.

Respectfully submitted this 29th day of December, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

 *s/Dimitra H. Sampson*
DIMITRA H. SAMPSON
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant: Marc Victor, Daniel Kaiser, and Sandra Hamilton *Attorneys for Defendants Bateman, Bistline, and Barlow*

 *s/Keona L. Ross*
U.S. Attorney's Office