# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Rappylee Bateman, et al,<br><br>Defendants. | No. CR-22-08092-PCT-DGC<br><br>**PROTECTIVE ORDER** |

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States' motion, no objection from the defendants, and good cause appearing,

**IT IS HEREBY ORDERED** that the United States' Unopposed Amended Motion for a Protective Order (Doc. 35) is GRANTED.

**IT IS FURTHER ORDERED** that:

1. The United States may disclose to defense counsel, without redaction, the discovery materials, which include private and personally identifying information (collectively "PII").

2. Defense counsel may share these materials with members of the defense teams, including experts, investigators, and other professionals retained by the defendants or defense counsel to assist in the preparation of the defenses.

3. The defense teams shall safeguard and shall not disclose the materials provided to them, other than to the extent necessary to prepare the defenses.

///

4. The defense teams may review these materials with the defendants and potential witnesses to the extent necessary to prepare the defenses.

5. The defendants and potential witnesses shall not be allowed to retain any of these materials during the course of the litigation.

6. The defense teams shall destroy, at the conclusion of this matter, all of these discovery materials in its possession, except that defense counsel shall be allowed to retain these materials until the time expires for all appeals, collateral attacks, other writs or motions challenging the conviction or sentence, and actions for professional malpractice.

No excludable delay shall occur from the entry of this Order.

Dated this 30th day of December, 2022.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge