THE WALLIN LAW FIRM, PLLC
D. Stephen Wallin, Attorney at Law
1641 East Osborn Road, Suite 8
Phoenix, AZ 85016
Phone: 602-254-2300
Fax: 602-254-2515
steve@stevewallin.com
State Bar No. 014289
Attorney for Defendant MORETTA R. JOHNSON

THE WALLIN LAW FIRM, PLLC
1641 East Osborn Road, Suite 8
Phoenix, AZ 85016
Phone: 602-254-2300; Fax: 602-254-2515
steve@stevewallin.com
*www.thewallinlawfirm.com*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Samuel R. Bateman, et al.,<br>Defendants. | No. 3:22-CR-08092-DGC-004<br>**DEFENDANT JOHNSON'S MOTION FOR FACILITATION OF INSPECTION OF DISCOVERY**<br>*Hon. David G. Campbell* |

COMES NOW Defendant MORETTA R. JOHNSON, by and through counsel undersigned, and moves this Court for an order authorizing Counsel to provide one or more external hard drives for Ms. Johnson's use at Court expense, along with an order to CoreCivic's Central Arizona Florence Correctional Complex ("CAFCC," where Ms. Johnson is incarcerated) and the USMS allowing Ms. Johnson to use it extensively with one of the laptop computers presently at CAFCC for that purpose, and further providing that CAFCC will keep custody of the external drive(s) and that Ms. Johnson, while authorized to take notes, will not record any personal indentifying information. Ms. Johnson also moves that Counsel be allowed to provide paper for note taking and funds for Ms. Johnson to buy pens as needed, again at Court expense (CAFCC only allows inmates to possess pens which have been purchased through the CAFCC commissary).

THE WALLIN LAW FIRM, PLLC
1641 East Osborn Road, Suite 8
Phoenix, AZ 85016
Phone: 602-254-2300; Fax: 602-254-2515
steve@stevewallin.com
www.thewallinlawfirm.com

The laptops present at CAFCC are the result of previous district court orders granting previous motions much like this one. CAFCC staff advises that the number of laptops is sufficient to meet present demand. In the event that demand increases such that an additional laptop must be purchased, Defendant requests authorization to purchase one at Court expense. The attached order reflects CAFCC requirements for such laptop.

This is necessary in order for Ms. Johnson to review the discovery in this case. The discovery in this case presently includes only 102 pages. However, it also includes a large number of audio and video jail calls. Additionally, due to the nature of the charges, it is anticipated that significant additional discovery of both types will be forthcoming. Ms. Johnson has expressed a desire to review all of the discovery, so that she can more effectively assist in her defense. Counsel concurs that this is vital to her defense.

Ms. Johnson, like all CAFCC inmates, does not have a way to securely store discovery. In a case of this nature, providing hard copy discovery to Ms. Johnson would thus pose a significant risk that a "jailhouse informant" attempting to curry favor with the Government could access the discovery and use it to prepare false statements regarding a supposed "jailhouse confession." Further, this Court has already issued a protective order due to concerns about protected personal information contained in the discovery. Doc. 36[1]. Simply providing Ms. Johnson a copy of the discovery would run afoul of para. 5 of that order. In contrast, the Government and Ms. Johnson agree that the order requested herein complies with the protective order previously entered by this Court; accordingly, the proposed order contains findings to that effect. In addition, Ms. Johnson has no way to review the audio/video recordings on her

---

[1] This protective order was granted without input from Ms. Johnson, as she had not yet been arrested or arraigned.

THE WALLIN LAW FIRM, PLLC
1641 East Osborn Road, Suite 8
Phoenix, AZ 85016
Phone: 602-254-2300; Fax: 602-254-2515
steve@stevewallin.com
www.thewallinlawfirm.com

own, absent an order such as requested here. Of course, Counsel or an investigator could facilitate review during face-to-face visits, but that would be time-consuming and thus expensive.

A laptop is a better and cheaper option, provided the Court orders that Ms. Johnson be allowed adequate access to it. CAFCC policy limits access to 4-6 hours daily; the attached order specifies up to 6 hours daily, at Ms. Johnson's option. CAFCC advises that at present a sufficient number (10) of such laptops are available for inmate use in reviewing discovery such that access should not be a problem. Counsel would need the Court to compensate Counsel for the cost of the required external hard drive(s) (assuming Counsel doesn't have an extra one lying around).

The attached order reflects these requirements. The attached order also provides that Counsel will ensure an adequate supply of pens and paper for note taking. It further requires Counsel to provide CAFCC with a list of the discovery items, again per CAFCC requirements. The relevant language from the proposed order has been approved by the appropriate CAFCC personnel.

Counsel for the Government advise that the Government does not oppose this motion.

RESPECTFULLY SUBMITTED July 11, 2022.

THE WALLIN LAW FIRM, PLLC

s/ *D. Stephen Wallin*
D. Stephen Wallin, Attorney at Law
Counsel for Defendant MORETTA R. JOHNSON

***Certificate of Service***

I hereby certify that on the above date, I electronically transmitted the foregoing **DEFENDANT JOHNSON'S MOTION FOR FACILITATION OF INSPECTION OF DISCOVERY**, along with any exhibits and a proposed order, to the Clerk of Court, District of Arizona, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the appropriate CM/ECF registrants.

I hereby certify that on the above date, I electronically transmitted the **DEFENDANT JOHNSON S'S MOTION FOR FACILITATION OF INSPECTION OF DISCOVERY**, along with any exhibits and a proposed order, via email to:

**Hon. Douglas L. Rayes**
**United States District Judge**

THE WALLIN LAW FIRM, PLLC

s/ *D. Stephen Wallin*
D. Stephen Wallin, Attorney at Law
Counsel for Defendant MORETTA R. JOHNSON

THE WALLIN LAW FIRM, PLLC
1641 East Osborn Road, Suite 8
Phoenix, AZ 85016
Phone: 602-254-2300; Fax: 602-254-2515
steve@stevewallin.com
*www.thewallinlawfirm.com*