```
GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: Dimitra.Sampson@usdoj.gov
JILLIAN BESANCON
California State Bar No. 285869
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
E-mail: jillian.besancon@usdoj.gov
Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-8092-PCT-DGC |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF CO-COUNSEL** |
| Samuel Rappylee Bateman, et al., | |
| Defendants. | |

NOTICE is hereby given, in accordance with Criminal Local Rule 57.14 and Civil Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Jillian Besancon is associated as co-counsel with Assistant United States Attorney Dimitra H. Sampson as an attorney for the United States in the above-captioned matter.

Respectfully submitted this <u>10th</u> day of January 2023.

```
                    GARY M. RESTAINO
                    United States Attorney
                    District of Arizona

                     s/Jillian Besancon
                    JILLIAN BESANCON
                    DIMITRA H. SAMPSON
                    Assistant U.S. Attorneys
```

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th of January 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Marc Victor, Daniel Kaiser, Sandra Hamilton, and D. Stephen Wallin, *Attorneys for Defendants Bateman, Bistline, Barlow, and Johnson.*

<u>s/E. Lane</u>
U.S. Attorney's Office