JOSE ANTONIO SALDIVAR, SBN 022991
Saldivar & Associates, PLLC
2417 North 24th Steet
PHOENIX, ARIZONA 85008
Email: jose@saldivarlaw.com
Telephone: 602-314-1340
Facsimile: 602-354-3098
Attorney for Defendant Naomi Bistline

CINDY CASTILLO, SBN 022382
Castillo Law
2025 N. 3rd Street Suite 150
Phoenix, Arizona 85004
Email: cindy@castillolawphoenix.com
Telephone: 480-206-5204
Facsimile: 602-663-9386
Attorney for Defendant Naomi Bistline

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Naomi Bistline,<br><br>Defendant. | Case No.: 3:22-CR-08092-DGC-2<br><br>**MOTION TO SUBSTITUTE COUNSEL** |

This Motion to Substitute Counsel is made in accordance with Local Rule 83.3(b) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Jose A. Saldivar and Cindy Castillo, is substituted in place of Daniel Benjamin Kaiser as attorney for Defendant. In accordance with Local Rule 83.3(b)(2), Ms. Naomi Bistline has been notified in person on January 11, 2023 of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions. Ms. Bistline signed the Notice of Substitution of

Counsel on January 11, 2023 that was rejected on January 12, 2023 due to Jose A. Saldivar filing a Notice and not a Motion to Substitute Counsel.

Respectfully submitted this 12TH day of January 2023.

s/ *Jose A. Saldivar*
____________________________
JOSE ANTONIO SALDIVAR

s/ *Cindy Castillo w/ permission*
____________________________
CINDY CASTILLO

s/ *Daniel Benjamin Kaiser w/permission*
____________________________
DANIEL BENJAMIN KAISER

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy of the following CM/ECF registrant: Dimitra Hotis Sampson and Jillian Besancon.

s/ *Jose A. Saldivar*
________________________________
José Antonio Saldivar