# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR22-08092-PCT-DGC |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER** |
| vs. | ) |
| | ) |
| Samuel Rappylee Bateman, et. al. | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Rule 16.2, the parties' joint motion, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Vacate is GRANTED.

IT IS FURTHER ORDERED that the parties are to attend a Scheduling Conference in this case on _____ to address dates by when various pleadings and other submissions must be exchanged between the parties and/or filed with the Court.  IT IS FURTHER ORDERED that excludable delay under 18 U.S.C. § 3161(h) _____ will commence on _____ for a total of _____days.

DATED this _____day of February , 2023.

_____
Honorable David Campbell
United States District Court Judge