**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
(480) 755-7110
Fax (480) 857-0150
**Marc J. Victor, Esq. – SBN 016064**
Marc@AttorneysForFreedom.com
**Andrew C. Marcantel, Esq. – SBN 031809**
Andy@AttorneysForFreedom.com
*Attorneys For Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Samuel Rappylee Bateman, et. al.<br><br>　　　　　　　　Defendant, | Case No.: 3:22-CR-08092-DGC<br><br>WITHDRAWAL OF DEFENDANT'S MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS AND WITHDRAWAL OF MOTION TO WITHDRAW DOCUMENT<br><br>(Defendant in custody) |

　　　　ATTORNEYS FOR FREEDOM LAW FIRM, attorneys for Defendant SAMUEL BATEMAN, hereby withdraws counsel's previously filed Motion to Extend Time to File Pretrial Motions (Doc. 48) and Motion to Withdraw Document (Doc. 49) that were filed on February 1, 2023.

　　　　The reason for this motion is to correct a clerical error.

　　　　THEREFORE, we are withdrawing counsel's previously filed Motion to Extend Time to File Pretrial Motions (Doc. 48) and Motion to Withdraw Document (Doc. 49) that were filed on February 1, 2023.

RESPECTFULLY SUBMITTED this 2nd day of February 2023.

**ATTORNEYS FOR FREEDOM LAW FIRM**

By:   */s/ Marc J. Victor*
      Marc J. Victor, Esq.
      *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2023, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Dimitra Sampson, Esq.
Assistant U.S. Attorney

Jose Saldivar, Esq.
Counsel for Naomi Bistline

Sandra Kay Hamilton, Esq.
Counsel for Donnae Barlow

Stephen Wallin, Esq.
Counsel for Moretta Johnson

Emailed to chambers:

The Honorable David G. Campbell
*Campbell_chambers@azd.uscourts.gov*

By: */s/ Braeden Victor*