# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Samuel Rappylee Bateman, et. al.<br><br>        Defendants. | No. CR-22-08092-PCT-DGC<br><br>**ORDER**<br>**(COMPLEX CASE)** |

Pursuant to the Joint Motion for Complex Case Designation (Doc. 50), and good cause appearing,

**IT IS ORDERED** granting the motion to designate case complex. Pursuant to Local Rule of Criminal Procedure 16.2 and Title 18, U.S.C. § 3161(h)(7)(A) and (B)(ii), this case is designated complex.

**IT IS FURTHER ORDERED** setting a Status Conference for **February 24, 2023 at 1:00 p.m.** before Senior Judge David G. Campbell in Courtroom 603 to address dates by when various pleadings and other submissions must be exchanged between the parties and/or filed with the Court. If necessary, Counsel may appear telephonically for the Status Conference. Call-in information will be provided to the parties by the Courtroom Deputy.

**IT IS FURTHER ORDERED** that Counsel shall submit a joint proposed case management order no later than **February 21, 2023** outlining deadlines for document and witness disclosure, for motions, and for trial to which there is agreement. If there are deadlines for which there is no agreement, each party will state a proposed deadline and the justification.

Dated this 6th day of February, 2023.

David G. Campbell
Senior United States District Judge