IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>      vs.<br><br>1.  Samuel Rappylee Bateman,<br>2.  Naomi Bistline,<br>3.  Donnae Barlow, and<br>4.  Moretta Rose Johnson,<br><br>                Defendants. | No. CR-22-08092-PCT-DGC<br><br>**SCHEDULING ORDER** |

With some modifications, the Court adopts the Joint Proposed Case Management Order (Doc. 54) submitted February 21, 2023 and sets the following case management schedule:

## I.  DISCOVERY AND DISCLOSURE DEADLINES

    A.     Government's Deadlines

| | | | |
|---|---|---|---|
| | 1. | Initial Compliance with Rule 16 discovery (except initial expert disclosures) | 09/29/2023 |
| | 2. | Rule 404(b), 413, 414 notification, if any | 10/31/2023 |

|  |  |  |
|---|---|---|
| 3. | Initial expert disclosures (simultaneous) | 11/30/2023 |
| 4. | Rebuttal expert disclosures, if any (simultaneous) | 12/22/2023 |
| 5. | Production of Jencks material and witness impeachment material, if not produced sooner | 01/16/2024 |

B. Defendant's Deadlines

|  |  |  |
|---|---|---|
| 1. | Close of reciprocal Rule 16 discovery | 10/27/2023 |
| 2. | Initial expert disclosures (simultaneous) | 11/30/2023 |
| 3. | Rebuttal expert disclosures, if any (simultaneous) | 12/22/2023 |
| 4. | Production of Rule 26.2 material as to intended witnesses, if any | 01/16/2024 |

## II. FILING AND OTHER COURT DEADLINES

|  |  |  |
|---|---|---|
| A. | Disclosure of Preliminary Exhibit and Witness List (Simultaneous) | 12/29/2023 |
| B. | Proposed Jury Questionnaire and Screening for Length of Trial | 12/29/2023 |
| C. | Substantive Motions Deadline | 01/08/2024 |
| D. | Disclosure of Final Exhibit and Witness List | 01/29/2024 |
| E. | Motions *in Limine* | 02/05/2024 |
| F. | Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form | 02/05/2024 |
| G. | Responses to Motions *in Limine* | 02/12/2024 |
| H. | Final Pretrial Conference | 02/20/2024 |
| I. | Trial | 03/05/2024 |

III.   STATUS CONFERENCES

The first Status Conference is set for May 26, 2023 at 2:00 p.m.  The  second Status  Conference  is  set  for October  13,  2023  at  2:00  p.m. Both Status Conferences to be held in Courtroom 603 before Senior U.S. District Court Judge David G. Campbell.

The Court has designated this case as complex under 18 U.S.C. §3161(h)(7)(B)(ii) and therefore excludes time between March 15, 2023 through March 5, 2024.

DATED this 27th day of February, 2023.

David G. Campbell
Senior United States District Judge