**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
(480) 755-7110
Fax (480) 857-0150
**Marc J. Victor, Esq. – SBN 016064**
Marc@AttorneysForFreedom.com
**Andrew C. Marcantel, Esq. – SBN 031809**
Andy@AttorneysForFreedom.com
*Attorneys For Defendant*

GARY M. RESTAINO
United States Attorney
District of Arizona
DIMITRA H. SAMPSON
Arizona State Bar No. 019133
JILLIAN BESANCON
California State Bar No. 285869
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Dimitra.Sampson@usdoj.gov
Email: Jillian.Besancon@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Samuel Rappylee Bateman,<br><br>    Defendant. | No. CR-22-08092-001-PCT-DGC<br><br>**STIPULATION CONCERNING VIDEO VISITS AND CORRESPONDENCE and MOTION TO DENY AS MOOT DEFENDANT'S MOTION TO PRECLUDE PRETRIAL PUNISHMENT** |

Pursuant to the Court's March 6, 2023 Order (Doc. 64),

IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney Dimitra H. Sampson, counsel for the United States of America, and Defendant Samuel Rappylee Bateman, through his attorney, Marc J. Victor, Esq., that Mr. Bateman will be permitted phone calls with his sons:

1. Parley Bateman
2. Jed Bateman
3. Samuel Bateman Jr.
4. Daniel Bateman

IT IS FURTHER STIPULATED Mr. Bateman will be allowed video visits every Monday, Wednesday, and Friday from 8:30 a.m. until 9:00 a.m. with:

1. Maria Bistline
2. Marona Johnson
3. Shandra Johnson
4. Alice Barlow
5. Pam Barlow
6. Amanda Barlow

The video visits shall be limited to only one of the six individuals listed above at a time. If the detention facility cannot accommodate video visits on the days and times listed above, the detention facility may make reasonable alternate arrangements to allow for video visits.

IT IS FURTHER STIPULATED Mr. Bateman will be permitted to communicate by letter, after the letters have been reviewed by detention facility staff and counsel for the United States, but only if the sender and recipient of the mail is clearly identified, and messages are not being passed to others through these letters, with anyone except the alleged victims (Jane Does 3 through 11) and his co-defendants:

1. Naomi Bistline
2. Donnae Barlow
3. Moretta Rose Johnson

IT IS FURTHER STIPULATED the names of Jane Does 3 through 11 will be provided to the detention facility.

IT IS FURTHER STIPULATED Mr. Bateman will not communicate in any way with anyone not authorized during his phone calls and video visits (this includes sending and receiving messages to others through his approved contacts).

The parties agree these stipulations moot Mr. Bateman's Motion to Preclude Pretrial Punishment (Doc. 55) and ask the Court to deny the motion as moot. The parties further request the March 20, 2023 status conference be vacated.

A proposed form of order is attached.

Respectfully submitted this 17th day of March, 2023.

|  |  |
|---|---|
| *s/ Marc J. Victor* <br> MARC J. VICTOR, ESQ. <br> Attorney for Defendant <br> SAMUEL RAPPYLEE BATEMAN | GARY M. RESTAINO <br> United States Attorney <br> District of Arizona <br><br> *s/ Jillian Besancon* <br> DIMITRA H. SAMPSON <br> JILLIAN BESANCON <br> Assistant U.S. Attorneys |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrant: Marc J. Victor, *Attorney for Defendant*.

*s/ Jillian Besancon*
U.S. Attorney's Office