GARY M. RESTAINO
United States Attorney
District of Arizona
LINDSAY SHORT
Arizona State Bar No. 034125
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: Lindsay.Short@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-08092-PCT-DGC |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| Samuel Rappylee Bateman, et al., | |
| Defendants. | |

NOTICE is hereby given, in accordance with Local Rule of Criminal Procedure 57.14 and Local Rule of Civil Procedure 83.3(a), of the Rules of Practice and Procedure for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Lindsay L. Short is appearing in this matter above for the United States.

Respectfully submitted this 17th day of March, 2023.

                GARY M. RESTAINO
                United States Attorney
                District of Arizona

                *s/Lindsay L. Short*
                LINDSAY SHORT
                Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that on this 17th of March, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Marc Victor, Andrew Mercantel, Cindy Castillo, Jose Saldivar, Sandra Hamilton, Stephen Wallin.