GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
JILLIAN BESANCON
California State Bar No. 285869
LINDSAY L. SHORT
Arizona State Bar No. 034125
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Dimitra.Sampson@usdoj.gov
Email: Jillian.Besancon@usdoj.gov
Email: Lindsay.Short@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>1. Samuel Rappylee Bateman,<br>2. Naomi Bistline,<br>3. Donnae Barlow, and<br>4. Moretta Rose Johnson,<br><br>　　　　　　Defendants. | No. CR-22-08092-PCT-DGC<br><br>**MOTION TO TRANSFER CASE** |
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Josephine Barlow Bistline,<br>a.k.a. Jomie B,<br><br>　　　　　　Defendant. | No. CR-23-00517-PHX-DLR |

On September 6, 2022, Samuel Rappylee Bateman ("Bateman") was indicted on one count of destruction of records in an official proceeding, one count of tampering with an official proceeding, and one count of destruction of records in a federal investigation. On December 14, 2022, the grand jury returned a superseding indictment charging Bateman and three of his adult wives, Naomi Bistline, Donnae Barlow, and Moretta Rose Johnson, with tampering with an official proceeding, conspiracy to tamper with an official proceeding, kidnapping, and conspiracy to kidnap. That case is assigned to the Honorable David G. Campbell in case number CR-22-08092-PCT-DGC.

On April 4, 2023, a grand jury returned an indictment charging Josephine Barlow Bistline, a.k.a. Jomie B, who is also believed to be one of Bateman's wives, with one count of interstate communications involving a threat and one count of cyberstalking. That case was assigned to the Honorable Douglas L. Rayes in case number No. CR-23-00517-PHX-DLR. The United States filed a Notice of Related Case in this case (Doc. 14), but it was randomly assigned to a different district court judge than the CR-22-08092-PCT-DGC case.

While these cases charge crimes committed on separate dates, the underlying events are intertwined. Furthermore, additional pending federal investigation involves the five currently-charged individuals and others. The discovery in these cases is also essentially identical. The trial date in CR-22-8042-PCT-DGC has been set for March 2024. The initial trial setting in CR-23-00517-PHX-DLR has been set for May 23, 2023. Upon information and belief, none of the defendants are ready to proceed to trial at this time.

Accordingly, the United States respectfully moves to transfer the more recently-filed case (CR-23-00517-PHX-DLR) to Judge Campbell, assigned in the older case (CR-22-08042-PCT-DGC). Such a transfer is authorized by Local Rule of Criminal Procedure 5.2 and Local Rule of Civil Procedure 42.1(a) because both matters arise from substantially the same transactions or events, and because assignment to a different district court judge would otherwise entail substantial duplication of labor. Further, "a motion to transfer pursuant to subparagraph (a) . . . must identify all the cases that are the subject of the motion

by case name and case number . . . if movant is a party in more than one of the affected cases, the movant must file the motion in the case with the lowest case number in which movant is a party." L.R. Civ. P. 42.1(b)

Undersigned counsel has contacted Mark Paige, defense counsel for defendant Josephine Barlow Bistline a.k.a. Jomie B, and he objects to this request.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this motion or an order based thereon.

Respectfully submitted this 11th day of April, 2023.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/ Dimitra H. Sampson*
> DIMITRA H. SAMPSON
> JILLIAN BESANCON
> LINDSAY L. SHORT
> Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Attorneys for the defendants in CR-22-8092-PCT-DGC

Mark Paige, attorney for defendant Josephine Barlow Bistline in No. CR-23-00517-PHX-DLR

*s/Keona L. Ross*
U.S. Attorney's Office