| | |
|---|---|
| 1 | GARY M. RESTAINO |
| 2 | United States Attorney<br>District of Arizona |
| 3 | JILLIAN BESANCON |
| 4 | California State Bar No. 285869<br>LINDSAY L. SHORT |
| 5 | Arizona State Bar No. 034125<br>Assistant U.S. Attorneys |
| 6 | Two Renaissance Square<br>40 N. Central Ave., Suite 1800 |
| 7 | Phoenix, Arizona 85004<br>Telephone: 602-514-7500 |
| 8 | Email: Jillian.Besancon@usdoj.gov<br>Email: Lindsay.Short@usdoj.gov |
| 9 | Attorneys for Plaintiff |

```
                    X  FILED       ___ LODGED
                    ___ RECEIVED   ___ COPY

                         APR 0 4 2023

                    CLERK U S DISTRICT COURT
                      DISTRICT OF ARIZONA
                    BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-00517-PHX-DLR (MTM) |
|---|---|
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| Josephine Barlow Bistline,<br>a.k.a. Jomie B, | |
| Defendant. | |

Pursuant to Local Rule 5.1, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal case, *United States v. Samuel Bateman, et al.,* CR-22-08092-PCT-DGC.

Respectfully submitted this 4th day of April, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Jillian Besancon*
JILLIAN BESANCON
LINDSAY SHORT
Assistant U.S. Attorneys