IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>1. Samuel Rappylee Bateman,<br>2. Naomi Bistline,<br>3. Donnae Barlow, and<br>4. Moretta Rose Johnson,<br><br>　　　　　Defendants. | No. CR-22-08092-PCT-DGC<br><br>**ORDER TO TRANSFER CASE** |
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Josephine Barlow Bistline,<br>a.k.a. Jomie B,<br><br>　　　　　Defendant. | No. CR-23-00517-PHX-DLR |

Upon review of the Government's Motion to Transfer Case (Doc. 86), Defendant's Response and the Government's Reply,

**THE COURT FINDS** that the factual background of the Court's case and the case pending before Judge Rayes is essentially the same. The presiding judge in each case will be required to learn and understand this complex factual background. As a result, transferring Judge Rayes' case to the undersigned judge will conserve judicial resources.

| | |
|---|---|
| 1 | |
| 2 | The Motion to Transfer is **GRANTED.** |
| 3 | **IT IS ORDERED** transferring case number CR-23-00517-PHX-DLR, assigned to the Honorable Douglas L. Rayes, to the Honorable David G. Campbell. |
| 5 | **IT IS FURTHER ORDERED** that the new case number for defendant Josephine Barlow Bistline, a.k.a. Jomie B, is CR-23-00517-PHX-DGC. |
| 7 | Signed this 20th day of April, 2023 |

*David G. Campbell*
David G. Campbell
Senior United States District Judge