X ___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

MAY 1 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: Dimitra.Sampson@usdoj.gov
JILLIAN BESANCON
California State Bar No. 285869
Email: Jillian.Besancon@usdoj.gov
LINDSAY L. SHORT
Arizona State Bar No. 034125
Email: Lindsay.Short@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-08092-PCT-DGC |
|---|---|
| Plaintiff, | **MOTION TO SEAL SECOND SUPERSEDING INDICTMENT** |
| vs. | |
| Samuel Rappylee Bateman, et al. | **(Filed Under Seal)** |
| Defendants. | |

The United States of America, by and through counsel undersigned and pursuant to Fed.R.Crim.P. 6(e)(4), moves this Court for an Order sealing the Second Superseding Indictment and this motion and order filed in this matter until the arrest of the defendants.

It is not expected that excludable delay under 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this 18th day of May, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Dimitra Sampson*
DIMTIRA H. SAMPSON
Assistant United States Attorney