```
___X___ FILED      _____ LODGED
_____ RECEIVED   _____ COPY

       MAY 1 8 2023

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Samuel Rappylee Bateman, et al.<br><br>　　　　　Defendants. | No. CR-22-08092-PCT-DGC<br><br>**ORDER TO SEAL SECOND SUPERSEDING INDICTMENT**<br><br>**(Filed Under Seal)** |

　　　Based upon the United States of America's Motion to Seal pursuant to Fed.R.Crim.P. 6(e)(4), and good cause appearing;

　　　**IT IS ORDERED** that the Second Superseding Indictment filed in this matter, the Motion to Seal and this order be filed under seal.

　　　DATED this ___18th___ day of May, 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JOHN Z. BOYLE
　　　　　　　　　　　　　　　　United States Magistrate Judge

CC: AUSA