GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: Dimitra.Sampson@usdoj.gov
JILLIAN BESANCON
California State Bar No. 285869
Email: Jillian.Besancon@usdoj.gov
LINDSAY L. SHORT
Arizona State Bar No. 034125
Email: Lindsay.Short@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

FILED ☒  LODGED ___
RECEIVED ___  COPY ___

MAY 1 8 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**SEALED**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Samuel Rappylee Bateman,<br>(Counts 1-11, 13-45, 47-53)<br><br>2. Naomi Bistline,<br>(Counts 47-50)<br><br>3. Donnae Barlow,<br>(Counts 47-50),<br><br>4. Moretta Rose Johnson,<br>(Counts 47-50)<br><br>5. Josephine Barlow Bistline,<br>(Counts 11, 13, 17, 26-28, 30-32, 54-56)<br><br>6. LaDell Bistline, Jr.,<br>(Counts 12, 13, 26-28, 30-32)<br><br>7. Brenda Barlow,<br>(Counts 13, 39-43, 46-50)<br><br>8. Marona Johnson,<br>(Count 13) | No. CR-22-08092-PCT-DGC<br><br>**REDACTED SECOND SUPERSEDING INDICTMENT**<br><br>VIO: 18 U.S.C. § 371<br>(Conspiracy to Commit Persuasion and Coercion)<br>Count 1<br><br>18 U.S.C. § 2423(e)<br>(Conspiracy to Commit Transportation of a Minor for Criminal Sexual Activity)<br>Count 2<br><br>18 U.S.C. § 2423(e)<br>(Conspiracy to Commit Interstate Travel with the Intent to Engage in Illicit Sexual Conduct with a Minor)<br>Count 3<br><br>18 U.S.C. §§ 2422(a) and 2<br>(Persuading or Coercing Travel to Engage in Sexual Activity, Aid and Abet)<br>Counts 4, 7, 14, 18, 21, 26, 30, 33 |

| | |
|---|---|
| 9.  Leia Bistline,<br>    (Counts 17, 25)<br><br>10. Torrance Bistline, and<br>    (Counts 25, 40-43)<br><br>11. Leilani Bistline,<br>    (Counts 33-35)<br><br><br><br>                Defendants. | 18 U.S.C. §§ 2422(b) and 2<br>(Using a Means of Interstate<br>Commerce to Persuade or Coerce a<br>Minor to Engage in Sexual Activity,<br>Aid and Abet)<br>Counts 5, 8, 15, 17, 19, 22, 25, 27,<br>31, 34<br><br>18 U.S.C. §§ 2423(a) and 2<br>(Transportation of a Minor for<br>Criminal Sexual Activity,<br>Aid and Abet)<br>Counts 6, 9, 10, 16, 20, 23, 28, 29,<br>32, 35, 36, 38, 39<br><br>18 U.S.C. §§ 2251(a), (e), 2256,<br>and 2<br>(Production of Child Pornography,<br>Attempt and Aid and Abet)<br>Count 11<br><br>18 U.S.C. §§ 2252(a)(2), (b)(1),<br>and 2256<br>(Receipt of Child Pornography)<br>Count 12<br><br>18 U.S.C. §§ 1470 and 2<br>(Transfer of Obscene Material to a<br>Minor, Aid and Abet)<br>Count 13<br><br>18 U.S.C. §§ 2423(b) and 2<br>(Interstate Travel with Intent to<br>Engage in Illicit Sexual Conduct<br>with a Minor, Aid and Abet)<br>Counts 24, 37<br><br>18 U.S.C. §§ 1512(c)(1) and 2<br>(Destruction of Records in an<br>Official Proceeding, Aid and<br>Abet)<br>Counts 40, 46<br><br>18 U.S.C. § 1512(k)<br>(Conspiracy to Commit Destruction<br>of Records in an Official<br>Proceeding)<br>Count 41<br><br>18 U.S.C. §§ 1512(c)(2) and 2<br>(Tampering with an Official<br>Proceeding, Aid and Abet)<br>Counts 42, 47, 51, 56 |

18 U.S.C. § 1512(k)
(Conspiracy to Commit Tampering
with an Official Proceeding)
Counts 43, 48, 52

18 U.S.C. §§ 1519 and 2
(Destruction of Records in a Federal
Investigation, Aid and Abet)
Count 44

18 U.S.C. §§ 1512(b)(1) and 2
(Tampering with a Witness,
Aid and Abet)
Counts 45, 53

18 U.S.C. §§ 1201(a)(1), (b), and 2
(Kidnapping and Aid and Abet)
Count 49

18 U.S.C. § 1201(c)
(Conspiracy to Commit Kidnapping)
Count 50

18 U.S.C. § 875(c)
(Interstate Threats)
Count 54

18 U.S.C. §§ 2261A(2) and 2261(b)
(Cyberstalking)
Count 55

18 U.S.C. §§ 981, 2253, and 2428;
21 U.S.C. § 853; and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

<u>**INTRODUCTION**</u>

1.      Beginning in 2019 or earlier, defendant SAMUEL RAPPYLEE BATEMAN proclaimed himself to be the Prophet of the Fundamentalist Church of Jesus Christ of Latter-Day Saints ("FLDS"), a subset of the fundamentalist Mormon denominations whose members practice polygamy.

2.      The FLDS church traces its origins to the 1950s in the Short Creek Community (now the twin cities of Hildale, Utah, and Colorado City, Arizona).  Colorado

City has a population of approximately 2,500 people as of the 2020 census, and just over nine (9) square miles.

3. Defendant BATEMAN proclaimed himself to be the successor of Warren Jeffs, the former leader of the FLDS who is known to his followers as "Uncle Warren." Jeffs was reported to have up to 78 wives, including minors. Jeffs is currently serving a life sentence for sexually assaulting some of his underage wives.

4. In 2019 and 2020, defendant BATEMAN began taking female adults and children from his male followers and proclaiming them to be his "wives." Defendant BATEMAN amassed over 20 wives, including minor girls as young as nine (9) years old. None of these "marriages" were legally recognized.

5. At times relevant to this Second Superseding Indictment, defendant BATEMAN had followers residing in Lincoln, Nebraska; Cedar City, Utah; Monument, Colorado; and Colorado City, Arizona. He traveled to and between these locations to increase his following and claim wives, ten (10) of whom were under the age of 18. His intent was to engage in sexual activity with minor girls, and he did so on a regular basis. By March 2021, defendant BATEMAN had moved his followers to Colorado City, Arizona, where he resided with his wives until September 13, 2022.

## COUNT 1

6. The allegations contained in paragraphs 1 through 5 are realleged and incorporated herein as if fully set forth in this paragraph.

7. Beginning at a time unknown, but at least from on or about September 4, 2019, through on or about September 13, 2022, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly and willfully conspire and agree together and with each other, to commit the following offenses against the United States: Persuasion and Coercion, in violation of Title 18, United States Code, Sections 2422(a) and (b), as alleged in Counts 4, 5, 7, 8, 14, 15, 17, 18, 19, 21, 22, 25, 26, 27, 30, 31, 33, and 34.

## Objects of the Conspiracy

8.    The objects of the conspiracy were that the defendant, SAMUEL RAPPYLEE BATEMAN, and his co-conspirators would: 1) knowingly persuade, induce, entice, and coerce any individual to travel in interstate commerce to engage in sexual activity for which any person can be charged with a criminal offense; and 2) use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

## Manner and Means of the Conspiracy

9.    Defendant SAMUEL RAPPYLEE BATEMAN convinced some of his early followers and co-conspirators that he was the Prophet. Defendant BATEMAN claimed to have "impressions of Heavenly Father's will" (referencing God) to encourage his followers to submit to defendant BATEMAN's will.

10.    With his co-conspirators, defendant BATEMAN continued to recruit followers, many of whom became his wives. As part of his recruitment efforts, defendant BATEMAN traveled alone and with his co-conspirators between Arizona and other states to visit and teach his potential followers.

11.    Defendant BATEMAN's followers and co-conspirators would then "bear testimony" to other potential followers to convince them that defendant BATEMAN was the Prophet and doing "Uncle Warren's" will. Through this process, defendant BATEMAN began taking adult wives. Defendant BATEMAN also convinced his followers and co-conspirators to give their children as wives, ten (10) of whom were under the age of 18.

12.    There were no legal or formal ceremonies to commemorate "marriage," but marriage signified the beginning of defendant BATEMAN's sexual relationship with each of his wives. Upon marriage, defendant BATEMAN engaged in sexual intercourse with his adult wives and impregnated several of them. Defendant BATEMAN usually initiated

physical contact with his minor wives by hugging, kissing, and sleeping with them in the same bed, before ultimately engaging in sexual intercourse with them at a later time.

13.     Defendant BATEMAN originally resided in Colorado City, Arizona. Traveling between Arizona, Nebraska, Colorado, and Utah, defendant BATEMAN and his co-conspirators began bringing his wives, including minors, back to Colorado City, Arizona.  Defendant BATEMAN and his co-conspirators used cellular phones, other electronic devices, electronic communications, the Internet, vehicles, interstate highways, and hotels, to induce, persuade and encourage the minor victims to marry him, travel with and to him, and to engage in sexual activity.

14.     As part of the conspiracy, defendant BATEMAN and his co-conspirators engaged in sexual activity in the presence of minors.  Defendant BATEMAN and his co-conspirators encouraged the minors to participate in the sexual activity and trained them to do so.  In one instance, defendant BATEMAN and his co-conspirators engaged in a group sexual activity involving minors, using electronic devices and video communication to facilitate the participation of other co-conspirators and a minor in different states.

15.     Defendant BATEMAN controlled his followers by insisting they "bear testimony" and make "confessions."  He also "rebuked" them and provided "corrections" when his followers were not obedient to his will.  Defendant BATEMAN, his co-conspirators, and many of his followers documented their travel and daily activities in journals, day-planners, and other documents.

## Overt Acts

16.     In furtherance of the conspiracy, and to effect the object of the conspiracy, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

17.     On or about September 4, 2019, defendant SAMUEL RAPPYLEE BATEMAN traveled from Colorado City, Arizona, to Rifle, Colorado, to take the first of M.J.'s adult daughters, defendant MARONA JOHNSON, as a wife.  Defendant

BATEMAN took defendant MARONA JOHNSON back to Colorado City, Arizona, where he later impregnated her.

18. On or about October 26, 2019, after a trip from Colorado City, Arizona, to Lincoln, Nebraska, defendant SAMUEL RAPPYLEE BATEMAN took the second of M.J.'s adult daughters, S.J., as a wife. Defendant BATEMAN took S.J. back to Colorado City, Arizona, where he later impregnated her.

19. On or about March 26, 2020, defendant SAMUEL RAPPYLEE BATEMAN spoke to M.J. and told him that God gave M.J.'s daughter, Jane Doe 6 (then age 9), to defendant BATEMAN. M.J. responded saying he knew defendant BATEMAN was going to say that.

20. On or about May 3, 2020, defendant SAMUEL RAPPYLEE BATEMAN traveled from Colorado City, Arizona, to Lincoln, Nebraska.

21. On or about May 3, 2020, at a hospital in Omaha, Nebraska, defendant SAMUEL RAPPYLEE BATEMAN "rebuked" M.J. in front of his family.

22. On or about May 3, 2020, M.J. traveled from Omaha, Nebraska, to Lincoln, Nebraska, and told his daughter, Jane Doe 6, that the Lord wanted her to go with defendant SAMUEL RAPPYLEE BATEMAN.

23. On or between May 3 and May 5, 2020, defendant SAMUEL RAPPYLEE BATEMAN, Jane Doe 6, and M.J. sat in a van together, and then M.J.'s family was told Jane Doe 6 was going with defendant BATEMAN.

24. On or between May 3 and May 5, 2020, defendant SAMUEL RAPPYLEE BATEMAN told M.J. he would be blessed for his loyalty.

25. On or about May 4, 2020, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 6 (then age 9) as a wife.

26. On or between May 4 and May 8, 2020, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 6 from Lincoln, Nebraska, to Colorado City, Arizona.

27.     On or about May 8, 2020, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 6 to St. George, Utah, and had her lay on his lap as he drove.

28.     On or about May 15, 2020, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 6 for a walk to the airport, and they stopped and prayed. They discussed that "the Devil doesn't like what we are doing."

29.     On or about May 16, 2020, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 6 for a walk and they knelt and prayed.

30.     On or between May 19 and August 9, 2020, defendant SAMUEL RAPPYLEE BATEMAN had a video call with his daughter, Jane Doe 1, showed her Jane Doe 6, and introduced Jane Doe 6 as Jane Doe 1's "new mother." Defendant BATEMAN told Jane Doe 1 that Jane Doe 6 was nine (9) years old, and that he "married" Jane Doe 6 "in full consent of her father."

31.     On or between May 19 and August 9, 2020, defendant SAMUEL RAPPYLEE BATEMAN had another video call with his daughter, Jane Doe 1, during which he hugged and kissed Jane Doe 6.

32.     On or about June 4, 2020, as recorded by defendant SAMUEL RAPPYLEE BATEMAN, he chastened Jane Doe 6 "quite hard today because she wouldn't obey quickly, lingered and lingered until something had to change. After a while, she came weeping and confessing."

33.     On or between June 6 and June 7, 2020, defendant SAMUEL RAPPYLEE BATEMAN traveled with Jane Doe 6 from Colorado City, Arizona, to Lincoln, Nebraska.

34.     On or about June 20, 2020, as recorded by defendant SAMUEL RAPPYLEE BATEMAN, M.J. had been "laboring" with defendant MORETTA ROSE JOHNSON (then age 17), and she voiced "she wants to do Heavenly Father's will and asked her father [M.J.] to help her."

35.     On or about June 28, 2020, defendant SAMUEL RAPPYLEE BATEMAN returned from Lincoln, Nebraska, to Colorado City, Arizona, with Jane Doe 6.

36.     On or about June 28, 2020, defendant SAMUEL RAPPYLEE BATEMAN told S.J. he did not want to see J.J. (defendant MORETTA ROSE JOHNSON's mother) or defendant MORETTA ROSE JOHNSON.

37.     On or about June 30, 2020, defendant SAMUEL RAPPYLEE BATEMAN sent a lengthy email to M.J. stating in relevant part: "[m]y heart is offended greatly at [J.J.] and [defendant MORETTA ROSE JOHNSON] for thinking evil of me, thinking I am doing my own thing. They need an example and don't have one. . . God is so offended at you for the way you have trampled over top of me that He gave me [defendant BRENDA BARLOW] and [defendant DONNAE BARLOW] . . . . . . You can all reject it if you want, see if I care. Your children will fall by the dozens unless you repent in sackcloth and ashes."

38.     On or about July 1, 2020, defendant SAMUEL RAPPYLEE BATEMAN wrote in his journal "God seems to whisper '[Jane Doe 3]'" (referring to Jane Doe 3, then age 14).

39.     On or about July 2, 2020, M.J. told defendant SAMUEL RAPPYLEE BATEMAN that "the Lord" told M.J. to give defendant BATEMAN his Toyota van.

40.     On or about July 4, 2020, defendants BRENDA BARLOW, DONNAE BARLOW, and MORETTA ROSE JOHNSON traveled in M.J.'s Toyota van from Lincoln, Nebraska, to Colorado City, Arizona, to be with defendant SAMUEL RAPPYLEE BATEMAN.

41.     On or between July 3 and July 4, 2020, defendant SAMUEL RAPPYLEE BATEMAN slept in the same bed with Jane Doe 6, and complained that she wet the bed.

42.     On or about July 5, 2020, defendant SAMUEL RAPPYLEE BATEMAN introduced his six (6) wives, including Jane Doe 6, to his former wife, L.B.2. He also introduced them to defendant LADELL BISTLINE, JR.

43.     When, on or about July 13, 2020, Arizona Department of Child Safety (hereinafter "AZ DCS") personnel visited defendant SAMUEL RAPPYLEE BATEMAN's

home, defendant BATEMAN initially refused to allow them inside. Defendant BATEMAN was also present when AZ DCS personnel spoke to Jane Doe 6, and he gestured to her whether or not to answer their questions.

44. On or about July 14, 2020, AZ DCS contacted Jane Doe 6's mother, A.B., who was still residing in Lincoln, Nebraska. A.B. justified Jane Doe 6 living with defendant SAMUEL RAPPYLEE BATEMAN in Colorado City, Arizona, by saying Jane Doe 6 (still 9 years of age) was helping care for her sister's baby.

45. On or about July 14, 2020, defendant SAMUEL RAPPYLEE BATEMAN took his six wives, including Jane Doe 6, to Jan's Canyon, Utah, where, as recorded by defendant BATEMAN, they had "an amazing experience and lesson that they will remember forever!"

46. On or about August 8, 2020, defendant SAMUEL RAPPYLEE BATEMAN traveled to Cedar City, Utah, to meet defendants LADELL BISTLINE, JR. and JOSEPHINE BARLOW BISTLINE and their three (3) children, including Jane Doe 8 (then age 9) and Jane Doe 9 (then age 10). They all traveled from Cedar City, Utah, to Lincoln, Nebraska.

47. On or about August 10, 2020, defendant SAMUEL RAPPYLEE BATEMAN conducted training on "the Prayer pamphlet" to M.J.'s family, defendants LADELL BISTLINE, JR. and JOSEPHINE BARLOW BISTLINE, and their three (3) children, including Jane Doe 8 and Jane Doe 9.

48. On or between July 1 and August 14, 2020, M.J. encouraged his daughter, Jane Doe 3 (then age 14) to marry defendant SAMUEL RAPPYLEE BATEMAN.

49. On or about August 13, 2020, defendant SAMUEL RAPPYLEE BATEMAN met with Jane Doe 3 and listened to her "testimony" of "Uncle Warren coming to her."

50. On or between August 13 and August 14, 2020, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 3 (then age 14) as a wife.

51.     On or about August 17, 2020, defendant SAMUEL RAPPYLEE BATEMAN told M.J. that God told him that M.J.'s daughter, Jane Doe 5 (then age 13), belonged to him (meaning defendant BATEMAN).

52.     On or about August 18, 2020, M.J. told defendant SAMUEL RAPPYLEE BATEMAN that Jane Doe 5 was ready whenever defendant BATEMAN was.

53.     On or between August 22 and August 23, 2020, as recorded by defendant SAMUEL RAPPYLEE BATEMAN, he "slept with Angel Mother [Jane Doe 3] tonight!"

54.     On or between August 18 and August 31, 2020, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 5 (then age 13) as a wife.

55.     On or about September 5, 2020, defendant SAMUEL RAPPYLEE BATEMAN and M.J. agreed that defendant BATEMAN would move into M.J.'s house in Lincoln, Nebraska, with all his wives and take M.J.'s bedroom.

56.     On or about September 25, 2020, as recorded by defendant SAMUEL RAPPYLEE BATEMAN, he "got after" Jane Doe 3 and Jane Doe 5 "quite firmly for saying they wanted to be single again," until they both confessed to his satisfaction.

57.     On or about September 27, 2020, as recorded by defendant SAMUEL RAPPYLEE BATEMAN, he told M.J. that God told defendant BATEMAN that M.J.'s daughter, Jane Doe 4 (then age 10), "should be by my side."

58.     On or about September 29, 2020, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 4 (then age 10) as a wife.

59.     On or about September 29, 2020, defendant SAMUEL RAPPYLEE BATEMAN drove with M.J., J.J. and their daughter, Jane Doe 4, and defendant BATEMAN kissed Jane Doe 4.

60.     On or between September 29, 2020 and January 31, 2021, defendant SAMUEL RAPPYLEE BATEMAN was "intimate" with someone else in front of Jane Doe 4 (then age 10 or 11).

61.     On or between September 29, 2020 and January 31, 2021, in M.J.'s bedroom that had been given to defendant SAMUEL RAPPYLEE BATEMAN, defendant BATEMAN was first "intimate" with Jane Doe 4 in an encounter she described as "definitely terrifying"; there was another girl present.

62.     On or between September 29, 2020 and March 18, 2021, defendant SAMUEL RAPPYLEE BATEMAN touched Jane Doe 4's (then age 10 to 11) breasts, in front of her mother, J.J., in a vehicle.

63.     On or about October 24, 2020, in Omaha, Nebraska, M.J. took Jane Doe 7 (then age 11) for a drive and asked if she was having bad feelings against defendant SAMUEL RAPPYLEE BATEMAN because she thought she had to marry him. When Jane Doe 7 confirmed this, M.J. assured her not to fear because she was not going to marry defendant BATEMAN. M.J. told Jane Doe 7 that defendant BATEMAN was a prophet and she should pray for forgiveness and not hold bad feelings against defendant BATEMAN anymore.

64.     On or about October 25, 2020, as recorded by Jane Doe 7, defendant SAMUEL RAPPYLEE BATEMAN sent text messages to his wife, S.J., during Sunday School, about Jane Doe 7, saying "show [Jane Doe 7] this text" and "I see [Jane Doe 7] has made a great effort of improvement," which S.J. showed to Jane Doe 7.

65.     On or about October 29, 2020, defendant SAMUEL RAPPYLEE BATEMAN took M.J.'s wife, A.B., mother of Jane Doe 5 and Jane Doe 6, as a wife.

66.     On or about October 29, 2020, as recorded by defendant SAMUEL RAPPYLEE BATEMAN, he "rebuked" one of M.J.'s sons, in front of others, and told him "if he stood up to harm me I would throw him through the wall. And that he had lost an eternal blessing in [Jane Doe 7]. God was going to give her to him but he spit in The Lord's face so He gave her to me."

67.     On or about October 29, 2020, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 7 (then age 11) as a wife.

68.     On or about October 29, 2020, as recorded by defendant SAMUEL RAPPYLEE BATEMAN, he took Jane Doe 7 from Lincoln to Omaha, Nebraska, and "rebuked her strongly" when she would not speak. Defendant BATEMAN told Jane Doe 7 if she didn't "want this I would take her back this instant. She repented quickly."

69.     On or between October 29, 2020 and January 15, 2021, in Lincoln, Nebraska, defendant SAMUEL RAPPYLEE BATEMAN was "intimate" with Jane Doe 7 (then age 11 or 12).

70.     On or about October 31, 2020, as recorded by defendant SAMUEL RAPPYLEE BATEMAN, he gave defendant BRENDA BARLOW "sacred ordinance (A) training," the same training received by defendant MARONA JOHNSON "many months ago."

71.     On or about November 7, 2020, defendants JOSEPHINE BARLOW BISTLINE and NAOMI BISTLINE married defendant SAMUEL RAPPYLEE BATEMAN.

72.     On or about November 7, 2020, defendant LADELL BISTLINE, JR. spoke to defendant SAMUEL RAPPYLEE BATEMAN on the phone and told defendant BATEMAN that "The Spirit" told defendant BISTLINE, JR. that he would be "sealed" to defendant BATEMAN.

73.     On or about November 7, 2020, after defendant SAMUEL RAPPYLEE BATEMAN spoke with defendant LADELL BISTLINE, JR. on the phone, M.J. told defendant BATEMAN that God told M.J. he belonged to defendant BATEMAN as well.

74.     On or about November 7, 2020, defendant SAMUEL RAPPYLEE BATEMAN called defendants BRENDA BARLOW and MARONA JOHNSON, and M.J. called his wife, J.J., and they all met at a hotel room. Defendant BATEMAN directed everyone to get naked and told M.J. and J.J. to perform sex acts in front of defendants BRENDA BARLOW and MARONA JOHNSON, so that they could learn how to sexually please defendant BATEMAN.

- 13 -

75. On or about November 9, 2020, defendant SAMUEL RAPPYLEE BATEMAN coordinated a "sacred ordinance" to emulate the "Washing of the Feet" in a hotel room in Lincoln, Nebraska. Defendant BATEMAN told everyone to get naked, washed the feet of M.J. and defendant LADELL BISTLINE, Jr., and then claimed he needed to have sex with M.J. to bond with him. When defendant BATEMAN had difficulty getting an erection, he demanded the women and girls assist. J.J. and defendants BRENDA BARLOW and DONNAE BARLOW were there participating, as well as some of the minor wives, including Jane Doe 3.

76. On or about November 11, 2020, defendants LADELL BISTLINE, JR. and JOSEPHINE BARLOW BISTLINE visited M.B., mother of Jane Doe 10, in Monument, Colorado, and tried to convince her that defendant SAMUEL RAPPYLEE BATEMAN was doing the will of Warren Jeffs. Defendant BATEMAN then called, and M.B. listened to defendant BATEMAN's "testimony" that day.

77. On or about November 14, 2020, defendants LADELL BISTLINE, JR. and JOSEPHINE BARLOW BISTLINE traveled to Utah, and purchased a white Yukon for defendant SAMUEL RAPPYLEE BATEMAN.

78. On or about November 15, 2020, defendant LEILANI BISTLINE allowed her daughter, Jane Doe 11 (then age 14), to listen to defendant SAMUEL RAPPYLEE BATEMAN's teachings.

79. On or between November 17 and November 19, 2020, M.B. sent an electronic communication to her sisters stating that defendant SAMUEL RAPPYLEE BATEMAN is doing "Uncle Warren[']s will."

80. On or about November 20, 2020, defendants SAMUEL RAPPYLEE BATEMAN and NAOMI BISTLINE left Lincoln, Nebraska, with Jane Doe 3 and others.

81. On or about November 21, 2020, defendant SAMUEL RAPPYLEE BATEMAN and his wives stopped in Monument, Colorado, to provide lessons to the Bistline family, including Jane Doe 11.

82. On or about November 23, 2020, defendant LADELL BISTLINE, JR. told a law enforcement officer it was just a rumor that defendant SAMUEL RAPPYLEE BATEMAN married his daughter, Jane Doe 9. During this interaction, defendant BATEMAN's wives were hiding.

83. On or about November 23, 2020, in the evening, in Colorado City, Arizona, defendant SAMUEL RAPPYLEE BATEMAN gave Jane Doe 3, and some of his other wives, to defendant LADELL BISTLINE, JR. to comfort him since defendant BATEMAN had taken defendant BISTLINE, JR.'s wife. Defendant BATEMAN also called some of his wives who were in Lincoln, Nebraska to tell them what he had done. Within hours, defendant BATEMAN sent his followers a group text message taking back all of his wives.

84. On or about November 24, 2020, defendant LADELL BISTLINE, JR. told law enforcement that he knew defendants JOSEPHINE BARLOW BISTLINE and SAMUEL RAPPYLEE BATEMAN were taking his children, Jane Doe 8 and Jane Doe 9, and that defendants BARLOW BISTLINE and BATEMAN were not married.

85. On or about November 24, 2020, defendants SAMUEL RAPPYLEE BATEMAN, NAOMI BISTLINE, and JOSEPHINE BARLOW BISTLINE, took defendant JOSEPHINE BARLOW BISTLINE's daughters, Jane Doe 8 and Jane Doe 9, along with defendant MORETTA ROSE JOHNSON (then age 17) and Jane Doe 3, to Cedar City, Utah, where they were stopped by law enforcement.

86. On or about November 24, 2020, LADELL BISTLINE, JR. told law enforcement that he approved of his daughters, Jane Doe 8 and Jane Doe 9, traveling with defendants SAMUEL RAPPYLEE BATEMAN and JOSEPHINE BARLOW BISTLINE.

87. On or about November 24, 2020, as recorded by Jane Doe 8, after the law enforcement contact, and when they returned to Colorado City, Arizona, defendant SAMUEL RAPPYLEE BATEMAN held Jane Doe 8's hand and said, "did you know that you belong to me?"

88. On or between November 24, 2020 and August 27, 2022, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 8 (then age 9 or 10) as a wife.

89. On or about November 24, 2020, after returning to Colorado City, Arizona, defendant SAMUEL RAPPYLEE BATEMAN told defendant NAOMI BISTLINE, Z.B., and Jane Doe 3 to comfort defendant LADELL BISTLINE, JR. in a vehicle.

90. On or between November 25 and November 27, 2020, defendant SAMUEL RAPPYLEE BATEMAN coordinated group sexual activity in a hotel room in Colorado Springs, Colorado, with some individuals participating via video call. Defendant BATEMAN told M.J. to have sex with defendant JOSEPHINE BARLOW BISTLINE while defendant BATEMAN had sex with Z.B., who was M.J.'s wife. Defendants NAOMI BISTLINE, MORETTA ROSE JOHNSON (then age 17) and Jane Doe 3 were also present and naked. M.J. initiated a video call with his wives J.J. and P.B. Defendant BATEMAN initiated a video call with defendants MARONA JOHNSON and BRENDA BARLOW, and Jane Doe 6 also participated in the video call. Defendant BATEMAN also initiated a video call with defendant LADELL BISTLINE, JR., who was in Colorado City, Arizona. Defendant BATEMAN told everyone to be undressed so they could be part of it. The video participants, including Jane Doe 6, were naked.

91. On or between November 25 and November 27, 2020, in the hotel room in Colorado, Z.B. taught Jane Doe 3 and defendants NAOMI BISTLINE and MORETTA ROSE JOHNSON (then age 17) to "bless" defendant SAMUEL RAPPYLEE BATEMAN and prepare him for sex.

92. On or between November 21 and November 28, 2020, defendant SAMUEL RAPPYLEE BATEMAN sent an email to defendant LEIA BISTLINE saying God told him she had something to tell him.

93. On or about November 28, 2020, defendant SAMUEL RAPPYLEE BATEMAN sent a group text message informing everyone that defendant LEIA BISTLINE said God told her she belonged in defendant BATEMAN's family.

94.     On or between December 3 and December 6, 2020, defendant SAMUEL RAPPYLEE BATEMAN picked up defendant LEIA BISTLINE from Monument, Colorado, to take her back to Lincoln, Nebraska.

95.     On or about December 5, 2020, defendant SAMUAL RAPPYLEE BATEMAN took defendant LEIA BISTLINE as a wife.

96.     On or about December 9, 2020, defendant LEILANI BISTLINE brought her daughter, Jane Doe 11, from Monument, Colorado, to Colorado City, Arizona.

97.     On or between December 20, 2020 and January 1, 2021, defendant SAMUEL RAPPYLEE BATEMAN coordinated another group sexual activity, in a hotel in Lincoln, Nebraska. M.J., J.J., Z.B., G.B., and defendants DONNAE BARLOW, LADELL BISTLINE, JR., MARONA JOHNSON, and BRENDA BARLOW were present, as well as some of the minors.  Defendant BATEMAN brought wine and told everyone to get naked.  Defendant BATEMAN had sex with M.J., while the women and girls assisted defendant BATEMAN in getting an erection.

98.     On or about December 21, 2020, defendant SAMUEL RAPPYLEE BATEMAN told M.B.2 (then age 18) she would be banished from eternal salvation if she would not follow him.

99.     On or about December 25, 2020, defendant SAMUEL RAPPYLEE BATEMAN touched Jane Doe 3's vagina in Lincoln, Nebraska, in her father M.J.'s bedroom that he gave to defendant BATEMAN.

100.    On or between December 31, 2020 and January 1, 2021, defendant SAMUEL RAPPYLEE BATEMAN "rebuked" his wives and told them to factory reset their phones.

101.    On or between January 1, 2021 and September 12, 2022, defendant SAMUEL RAPPYLEE BATEMAN was "intimate" with Jane Doe 7 (then age 12 or 13), in Colorado City, Arizona.

102. On or between January 1 and January 17, 2021, defendant SAMUEL RAPPYLEE BATEMAN started moving his wives from Lincoln, Nebraska, to Colorado City, Arizona.

103. On or about January 15, 2021, Jane Doe 7 was transported from Lincoln, Nebraska, and arrived in Colorado City, Arizona on January 16, 2021.

104. On or about January 18, 2021, defendant SAMUEL RAPPYLEE BATEMAN, with some of his wives and followers, traveled to Lincoln, Nebraska, from Colorado City, Arizona.

105. On or between January 1 and March 1, 2021, M.B. and her daughter, Jane Doe 10 (then age 14), moved from Monument, Colorado, to Colorado City, Arizona, around the same time defendant SAMUEL RAPPYLEE BATEMAN and his wives were also moving back to Colorado City, Arizona.

106. On or between January 1 and April 30, 2021, defendant SAMUEL RAPPYLEE BATEMAN slept with Jane Doe 10 and multiple wives, including defendants NAOMI BISTLINE and LEIA BISTLINE. Defendant Bateman ordered everyone to take their clothes off and had sex with defendant LEIA BISTLINE in front of and next to Jane Doe 10.

107. On or between January 1 and November 1, 2021, defendant SAMUEL RAPPYLEE BATEMAN called M.J. and told him to come over to his house in Colorado City, Arizona. M.J. arrived with his wife, P.B. Defendant JOSEPHINE BARLOW BISTLINE answered the door and took them to defendant BATEMAN's bedroom. Defendants LEIA BISTLINE and JOSEPHINE BARLOW BISTLINE, and Jane Doe 5 were all there with defendant BATEMAN and they were all naked. Defendant BATEMAN said the Lord was requiring him to conduct a "sacred ordinance." Defendant BATEMAN said "[defendant LEIA BISTLINE] is with child and the Lord wants you [M.J.] to be with her, and I will be with [P.B.]." Defendant BATEMAN performed sex acts with defendant

LEIA BISTLINE and Jane Doe 5. Defendant BATEMAN touched Jane Doe 5's breasts and vagina.

108. On or between January 28 and November 5, 2021, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 9 (then age 11) as a wife.

109. On or between February 1 and February 13, 2021, defendant SAMUEL RAPPYLEE BATEMAN, moved with his wives and followers to Colorado City, Arizona.

110. On or between January 1, 2021 and August 27, 2022, in Colorado City, Arizona, defendant SAMUEL RAPPYLEE BATEMAN had sex with defendant MARONA JOHNSON in front of some of the minor girls, including Jane Doe 11, while some of the girls were touching him.

111. On or between January 1, 2021 and August 27, 2022, in the green house, in Colorado City, Arizona, defendant SAMUEL RAPPYLEE BATEMAN engaged in group sexual activity with Jane Doe 3, Jane Doe 4, Jane Doe 7, and Jane Doe 10, and defendants NAOMI BISTLINE, BRENDA BARLOW and LEIA BISTLINE.

112. On or about February 21, 2021, M.J. and defendant LADELL BISTLINE, JR. committed to defendant SAMUEL RAPPYLEE BATEMAN on a group call that they had given everything to defendant BATEMAN, whom they referenced as "President Samuel R. Bateman," to include their wives and their children. The call was audio recorded and uploaded to YouTube.

113. On or about March 2, 2021, M.J. contacted defendant LEILANI BISTLINE by cell phone, telling her Jane Doe 11 was to receive "training" from defendant LEILANI BISTLINE. As recorded by Jane Doe 11, she went upstairs to defendant SAMUEL RAPPYLEE BATEMAN with defendant LEILANI BISTLINE to dedicate her life to "Father" (defendant SAMUEL RAPPYLEE BATEMAN) and got a "severe correction."

114. On or about March 3, 2021, as recorded by Jane Doe 11, she married defendant SAMUEL RAPPYLEE BATEMAN and had "an extreme trying experience."

- 19 -

115.   On or about March 4, 2021, as recorded by Jane Doe 11, defendant LEIA BISTLINE took Jane Doe 11 to defendant SAMUEL RAPPYLEE BATEMAN and had a "most dear and precious experience."

116.   On or about March 8, 2021, defendant SAMUEL RAPPYLEE BATEMAN asked Jane Doe 10 if she had a testimony of where she was supposed to be.

117.   On or between March 12 and March 13, 2021, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 3, Jane Doe 4, Jane Doe 7, Jane Doe 9, Jane Doe 11, defendant NAOMI BISTLINE, and others, back to Lincoln, Nebraska, to pick up Jane Doe 5 and the rest of defendant BATEMAN's wives and their babies.

118.   On or about March 15, 2021, in separate vehicles, defendant SAMUEL RAPPYLEE BATEMAN and his wives started traveling back to Colorado City, Arizona, from Lincoln, Nebraska.

119.   On or about March 16, 2021, defendant BRENDA BARLOW and others decorated the room for S.B. and Jane Doe 10, who were recently married to defendant SAMUEL RAPPYLEE BATEMAN. Defendant BATEMAN arrived in Colorado City, Arizona that night.

120.   On or about March 17, 2021, defendant SAMUEL RAPPYLEE BATEMAN asked Jane Doe 10 to come to his room. Defendant LEIA BISTLINE brought her into the room where defendant BATEMAN was with some of his other adult wives. The other wives left, but defendant LEIA BISTLINE stayed. Defendant BATEMAN asked if Jane Doe 10 felt left out when she saw other girls touching him. Jane Doe 10 said no, and defendant BATEMAN said she was lying because he could see it in her eyes. Defendant BATEMAN then asked if she wanted to come to him, and she said yes. They hugged and kissed, and defendant BATEMAN told her she kissed just like defendant LEIA BISTLINE. Defendant BATEMAN and Jane Doe 10 laid together and she held his hand, touched his hair, and "touched him" all night long. Jane Doe 10 believed another girl was in bed with them.

1        121.   On or about March 18, 2021, defendant SAMUEL RAPPYLEE BATEMAN
2  woke up Jane Doe 10 by kissing her face all over.

3        122.   On or about March 18, 2021, Jane Doe 11, and the people with whom she
4  was traveling, returned to Colorado City, Arizona.

5        123.   On or between April 1 and April 30, 2021, defendant SAMUEL RAPPYLEE
6  BATEMAN had sex with Jane Doe 10, while defendant NAOMI BISTLINE, Jane Doe 5,
7  and possibly Jane Doe 7, were present. Jane Doe 5 held Jane Doe 10's hand while defendant
8  BATEMAN was having sex with Jane Doe 10.

9        124.   On or between April 1, 2021 and September 12, 2022, defendant SAMUEL
10  RAPPYLEE BATEMAN had anal sex with Jane Doe 10 (then age 14 or 15).

11        125.   On or between May 8 and May 11, 2021, defendant SAMUEL RAPPYLEE
12  BATEMAN and his wives moved into the green house in Colorado City, Arizona.

13        126.   On or about May 9, 2021, defendant SAMUEL RAPPYLEE BATEMAN
14  married Jane Doe 11's mother, defendant LEILANI BISTLINE.

15        127.   On or about May 17, 2021, AZ DCS personnel interviewed defendant
16  LADELL BISTLINE, JR.  Defendant BISTLINE, JR. denied there were any concerns
17  regarding his children and sexual abuse. M.J. was present for the interview and interrupted
18  the AZ DCS personnel conducting the interview.

19        128.   On or about May 17, 2021, AZ DCS personnel visited defendant
20  JOSEPHINE BARLOW BISTLINE and interviewed her regarding allegations involving
21  her daughters.  She denied the allegations and said she did not want to talk to AZ DCS or
22  answer their questions.  While AZ DCS was present in the home, they encountered many
23  of defendant SAMUEL RAPPYLEE BATEMAN's wives, many of whom also refused to
24  talk to AZ DCS.  AZ DCS personnel also attempted to speak with Jane Doe 8 and Jane
25  Doe 9, but the mothers would not allow AZ DCS personnel to speak alone with the girls
26  and would not allow them to ask certain questions.

27

28

129. On or about June 21, 2021, defendant SAMUEL RAPPYLEE BATEMAN sent a group message to his wives and followers that he would not go to the blue house until J.J. stops "bitching."

130. On or about June 29, 2021, as recorded by Jane Doe 10, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 10 for a ride to the creek, where they "worshipped our God in an unexpressable way" and had "holy sex."

131. On or about August 1, 2021, defendant SAMUEL RAPPYLEE BATEMAN made J.J. and Jane Doe 6 watch defendant BATEMAN have sex with J.J.'s daughters, defendant MARONA JOHNSON and S.J., so Jane Doe 6 could learn how to have sex.

132. On or between August 1, 2021 and August 9, 2022, in the green house in Colorado City, Arizona, defendant SAMUEL RAPPYLEE BATEMAN first had sex with Jane Doe 6 (then between ages 10 and 12), in front of Jane Doe 10 (then between ages 14 and 15), and it looked painful.

133. On or between August 1, 2021 and September 12, 2022, defendant SAMUEL RAPPYLEE BATEMAN admitted to M.J. that he had anal sex with M.J.'s daughter, Jane Doe 6 (then between ages 10 and 12).

134. On or between August 1 and August 31, 2021, defendant SAMUEL RAPPYLEE BATEMAN took Jane Doe 3 (then age 15) to Pigeon Canyon, Arizona, for their anniversary. They had sex, and she described that defendant BATEMAN would put his penis inside of her and then pull it out because he didn't want to get her pregnant.

135. On or about September 7, 2021, as recorded by Jane Doe 10, defendant SAMUEL RAPPYLEE BATEMAN "slept" with Jane Doe 10 (then age 15).

136. On or between October 18 and October 19, 2021, defendant TORRANCE BISTLINE purchased a Bentley for defendant BATEMAN.

137. On or about November 1, 2021, defendant SAMUEL RAPPYLEE BATEMAN gave Jane Doe 7 (then age 12) to defendant TORRANCE BISTLINE and watched him have anal sex with her. Defendant BATEMAN also gave defendant LEIA

BISTLINE to M.J. and watched them have sex. Defendant BATEMAN gave defendant NAOMI BISTLINE to defendant LADELL BISTLINE, JR. and watched them have sex. Later, defendant BATEMAN announced what happened to all of his followers and explained that it was an "atonement" requiring him to sacrifice his most precious possessions.

138. On or about November 5, 2021, defendants SAMUEL RAPPYLEE BATEMAN, NAOMI BISTLINE and TORRANCE BISTLINE went to Salt Lake City, Utah, to pick up the second Bentley defendant TORRANCE BISTLINE purchased for defendant BATEMAN.

139. On or about November 13, 2021, defendant SAMUEL RAPPYLEE BATEMAN and other(s) went to Salt Lake City, Utah, to pick up two Range Rovers, one of which was purchased by defendant LADELL BISTLINE, JR.

140. On or about January 29, 2022, defendant SAMUEL RAPPYLEE BATEMAN took M.B.2, S.B., defendant LEIA BISTLINE, and Jane Doe 10 (then age 15) to a hotel room in Colorado. Defendant BATEMAN wanted M.B.2 to sleep with him, but she refused. He slept with Jane Doe 10 under a blanket and touched her vagina. Jane Doe 10 said it was not sex, but it kind of felt like it.

141. On or about February 16, 2022, as recorded by Jane Doe 9, defendant SAMUEL RAPPYLEE BATEMAN traveled with Jane Doe 9 (then age 12) and others to Las Vegas, Nevada, where they stayed in a hotel. Defendant BATEMAN "slept" with Jane Doe 9.

142. On or about April 15, 2022, defendant SAMUEL RAPPYLEE BATEMAN told M.B.2 to move her office to the blue house (John's) and not come to the green house (Roy's) because defendant BATEMAN needed to teach and train his family.

143. On or between July 1 and September 12, 2022, defendant SAMUEL RAPPYLEE BATEMAN had sex with Jane Doe 3 (then age 16), at campsites they visited that summer, including one in Apple Valley, Utah.

144.    On or about August 28, 2022, defendant SAMUEL RAPPYLEE BATEMAN was driving on the highway in Arizona with Jane Doe 4, Jane Doe 7, and Jane Doe 8 in an attached box trailer. Defendants BATEMAN, NAOMI BISTLINE, and MARONA JOHNSON, and Jane Doe 9 and Jane Doe 10 (sitting in the passenger compartment) were pulled over by Arizona Department of Public Safety. Defendant BATEMAN was arrested and his cell phone was seized.

145.    On or about August 28, 2022, defendant SAMUEL RAPPYLEE BATEMAN called defendant TORRANCE BISTLINE from custody and told him to delete his Signal account, after defendant BATEMAN's phone was seized by law enforcement.

146.    On or about August 28, 2022, defendant SAMUEL RAPPYLEE BATEMAN called his wives and instructed defendant BRENDA BARLOW to delete his Signal account and every message "right now," which the wives confirmed they were doing "right now."

147.    On or about September 2, 2022, after defendant SAMUEL RAPPYLEE BATEMAN was released on bond from state custody, defendant BATEMAN inquired how he could factory reset his phone.

148.    On or between September 2 and September 12, 2022, as described by Jane Doe 10, defendant SAMUEL RAPPYLEE BATEMAN had sex with Jane Doe 5 (then age 15) in front of Jane Doe 10 (then age 15), and this was the first time Jane Doe 10 saw defendant BATEMAN use a condom.

149.    On or about September 12, 2022, in a trailer in Utah, defendant SAMUEL RAPPYLEE BATEMAN had sex with Jane Doe 10, while defendant BRENDA BARLOW helped by touching defendant BATEMAN.

150.    On the morning of September 13, 2022, defendant BRENDA BARLOW, Jane Doe 10, and Jane Doe 9 (then age 12) went back to the trailer in Utah, where defendant SAMUEL RAPPYLEE BATEMAN had stayed the night before with Jane Doe 10 and defendant BRENDA BARLOW. When they learned the FBI was in Colorado City,

- 24 -

Arizona, defendant BRENDA BARLOW hid defendant SAMUEL RAPPYLEE BATEMAN's tablet and computer, as well as the keys to the trailer.

151. On or about September 13, 2022, defendant NAOMI BISTLINE threw a backpack full of condoms, digital devices, and other items out a window in an attempt to hide it during execution of a federal search warrant at their home.

152. Beginning on a date unknown through December 1, 2022, defendant SAMUEL RAPPYLEE BATEMAN instructed his minor wives what to say if they were ever interviewed.

153. All in violation of Title 18, United States Code, Section 371.

## COUNT 2

154. The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

155. Beginning at a time unknown, but at least from on or about September 4, 2019 through on or about September 13, 2022, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly and willfully conspire and agree together and with each other, to knowingly transport, and cause to be transported, an individual who had not attained the age of 18 years, to wit: Jane Doe 6, Jane Doe 3, Jane Doe 5, Jane Doe 4, Jane Doe 7, Jane Doe 9, Jane Doe 8, Jane Doe 11, and Jane Doe 10, in interstate commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 2423(a) and 2.

156. All in violation of Title 18, United States Code, Section 2423(e).

## COUNT 3

157. The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

158. Beginning at a time unknown, but at least from on or about September 4, 2019 through on or about September 13, 2022, in the District of Arizona and elsewhere,

the defendant SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly and willfully conspire and agree together and with each other, to knowingly travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, to wit: Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 7, and Jane Doe 10, in violation of Title 18, United States Code, Sections 2423(b) and 2.

159.    All in violation of Title 18, United States Code, Section 2423(e).

## COUNT 4

160.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

161.    On or between March 26 and May 8, 2020, in the District of Arizona, and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly persuade, induce, entice, and coerce Jane Doe 6 to travel in interstate commerce, from Nebraska to Arizona, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

162.    In violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT 5

163.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

164.    On or between March 26, 2020 and September 13, 2022, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce Jane Doe 6, who had not attained the

age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

165.    In violation of Title 18, United States Code, Sections 2422(b) and 2.

## COUNT 6

166.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

167.    On or between May 5 and May 8, 2020, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly transport, from Nebraska to Arizona, Jane Doe 6, who had not attained the age of 18 years, in interstate commerce, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

168.    In violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT 7

169.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

170.    On or between July 1, 2020 and March 18, 2021, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly persuade, induce, entice, and coerce Jane Doe 3 to travel in interstate commerce, back and forth from Nebraska to Arizona, to engage in sexual activity for which any person can be charged with a criminal offense, namely,

Sexual Assault of a Child in the Third Degree, which was a criminal offense under Nebraska Revised Statute 28-320.01; Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410 (through April 14, 2021); Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404 (through April 14, 2021); Production of Child Pornography, which was a criminal offense under Title 18, United States Code, Section 2251(a); Sexual Abuse of a Minor in the First Degree, which was a criminal offense under Wyoming Statute 6-2-314(a)(iii); Sexual Abuse of a Minor in the Second Degree, which was a criminal offense under Wyoming Statute 6-2-315(a)(i) and (iv); and Sexual Abuse of a Minor in the Third Degree, which was a criminal offense under Wyoming Statute 6-2-316(a)(i) and (iv).

171. In violation of Title 18, United States Code, Sections 2422(a) and 2.

## **COUNT 8**

172. The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

173. On or between July 1, 2020 and September 13, 2022, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce Jane Doe 3, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Assault of a Child in the Third Degree, which was a criminal offense under Nebraska Revised Statute 28-320.01 (through April 14, 2021); Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410 (through April 14, 2021); Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404 (through April 14, 2021); Production of Child Pornography, which was a criminal offense under Title 18, United States Code, Section

2251(a); Sexual Abuse of a Minor in the First Degree, which was a criminal offense under Wyoming Statute 6-2-314(a)(iii) (through April 14, 2022); Sexual Abuse of a Minor in the Second Degree, which was a criminal offense under Wyoming Statute 6-2-315(a)(i) and (iv) (through April 14, 2022); and Sexual Abuse of a Minor in the Third Degree, which was a criminal offense under Wyoming Statute 6-2-316(a)(i) (through April 14, 2022) and (iv).

174.    In violation of Title 18, United States Code, Sections 2422(b) and 2.

## COUNT 9

175.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

176.    On or between November 20, 2020 and March 18, 2021, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly transport, and cause to be transported, Jane Doe 3, who had not attained the age of 18 years, in interstate commerce, back and forth from Nebraska to Arizona, with the intent that Jane Doe 3 engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Assault of a Child in the Third Degree, which was a criminal offense under Nebraska Revised Statute 28-320.01; Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410 (through April 14, 2021); Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404 (through April 14, 2021); Production of Child Pornography, which was a criminal offense under Title 18, United States Code, Section 2251(a); Sexual Abuse of a Minor in the First Degree, which was a criminal offense under Wyoming Statute 6-2-314(a)(iii) (through April 14, 2022); Sexual Abuse of a Minor in the Second Degree, which was a criminal offense under Wyoming Statute 6-2-315(a)(i) and (iv) (through April 14, 2022); and Sexual Abuse of a

Minor in the Third Degree, which was a criminal offense under Wyoming Statute 6-2-316(a)(i) (through April 14, 2022) and (iv).

177.   In violation of Title 18, United States Code, Sections 2423(a) and 2.

**COUNT 10**

178.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

179.   On or between July 1 and September 12, 2022, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly transport, and caused to be transported, Jane Doe 3, who had not attained the age of 18 years, in interstate commerce, from Arizona to Utah, with the intent that Jane Doe 3 engage in sexual activity for which any person can be charged with a criminal offense, namely, Unlawful Sexual Conduct with a 16 or 17 Year Old, which was a criminal offense under Utah Code 76-5-401.2.

180.   In violation of Title 18, United States Code, Sections 2423(a) and 2.

**COUNT 11**

181.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

182.   On or between November 25 and November 27, 2020, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN and JOSEPHINE BARLOW BISTLINE, and others known and unknown to the grand jury, did employ, use, persuade, entice, induce and coerce a minor, and did attempt to do so, to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing or having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate commerce, and in and affecting interstate commerce, and that the visual depiction would be produced and transmitted using

materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer.

183.     In violation of Title 18, United States Code, Sections 2251(a), (e), 2256, and 2.

## COUNT 12

184.     The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

185.     On or about November 25 and November 27, 2020, in the District of Arizona and elsewhere, the defendant, LADELL BISTLINE, JR., did knowingly receive and attempt to receive visual depictions that were produced with the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions were in the form of live transmissions that that were distributed using any means or facility of interstate commerce; had been mailed, shipped and transported in and affecting interstate commerce; and contained materials which had been mailed, shipped, and transported, by any means including by computer, in and affecting interstate and foreign commerce.

186.     In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 13

187.     The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

188.     On or between November 25 and November 27, 2020, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN, JOSEPHINE BARLOW BISTLINE, LADELL BISTLINE, JR., BRENDA BARLOW, and MARONA JOHNSON, and others known and unknown to the grand jury, did, by means of interstate commerce, knowingly transfer, and attempt to transfer, obscene matter to another

individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

189.   In violation of Title 18, United States Code, Sections 1470 and 2.

## COUNT 14

190.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

191.   On or between August 17, 2020 and March 18, 2021, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly persuade, induce, entice, and coerce Jane Doe 5 to travel in interstate commerce, from Nebraska to Arizona, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410 (through May 23, 2022); and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404 (through May 23, 2022).

192.   In violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT 15

193.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

194.   On or between January 1, 2021 and September 13, 2022, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce Jane Doe 5, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Assault of a Child in the Third Degree, which was a criminal offense under Nebraska Revised Statute 28-320.01 (through May 23, 2022); Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute

13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410 (through May 23, 2022); and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404 (through May 23, 2022).

195.   In violation of Title 18, United States Code, Sections 2422(b) and 2.

## COUNT 16

196.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

197.   On or between January 1 and March 18, 2021, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly transport, and cause to be transported, Jane Doe 5, who had not attained the age of 18 years, in interstate commerce, from Nebraska to Arizona, with the intent that Jane Doe 5 engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410 (through May 23, 2022); and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404 (through May 23, 2022).

198.   In violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT 17

199.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

200.   On or between January 1, 2021 and May 23, 2022, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN, JOSEPHINE BARLOW BISTLINE, and LEIA BISTLINE, and others known and unknown to the grand jury, did use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce Jane Doe 5, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Molestation

of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and

Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

201.   In violation of Title 18, United States Code, Sections 2422(b) and 2.

**COUNT 18**

202.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

203.   On or between September 27, 2020 and March 18, 2021, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly persuade, induce, entice, and coerce Jane Doe 4 to travel in interstate commerce, back and forth from Nebraska to Arizona, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Assault of a Child in the First Degree, which was a criminal offense under Nebraska Revised Statute 28-319.01; Sexual Assault of a Child in the Third Degree, which was a criminal offense under Nebraska Revised Statute 28-320.01; Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

204.   In violation of Title 18, United States Code, Sections 2422(a) and 2.

**COUNT 19**

205.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

206.   On or between September 29, 2020 and September 13, 2022, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce Jane Doe 4, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Assault of a Child in the First Degree, which was a

criminal offense under Nebraska Revised Statute 28-319.01; Sexual Assault of a Child in the Third Degree, which was a criminal offense under Nebraska Revised Statute 28-320.01; Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

207.    In violation of Title 18, United States Code, Sections 2422(b) and 2.

## COUNT 20

208.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

209.    On or between January 15 and March 18, 2021, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly transport, and cause to be transported, Jane Doe 4, who had not attained the age of 18 years, in interstate commerce, back and forth from Nebraska to Arizona, with the intent that Jane Doe 4 engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Assault of a Child in the First Degree, which was a criminal offense under Nebraska Revised Statute 28-319.01; Sexual Assault of a Child in the Third Degree, which was a criminal offense under Nebraska Revised Statute 28-320.01; Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

210.    In violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT 21

211.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

212. On or between October 24, 2020 and March 18, 2021, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly persuade, induce, entice, and coerce Jane Doe 7 to travel in interstate commerce, back and forth from Nebraska to Arizona, to engage in sexual activity for which any person can be charged with a criminal offense, namely; Sexual Assault of a Child in the Third Degree, which was a criminal offense under Nebraska Revised Statute 28-320.01; Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

213. In violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT 22

214. The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

215. On or between October 24, 2020 and September 13, 2022, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce Jane Doe 7, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Assault of a Child in the First Degree, which was a criminal offense under Nebraska Revised Statute 28-319.01 (through November 25, 2020); Sexual Assault of a Child in the Third Degree, which was a criminal offense under Nebraska Revised Statute 28-320.01; Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

216. In violation of Title 18, United States Code, Sections 2422(b) and 2.

## COUNT 23

217. The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

218. On or between January 15 and March 18, 2021, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly transport, and cause to be transported, Jane Doe 7, who had not attained the age of 18 years, in interstate commerce, back and forth from Nebraska to Arizona, with the intent that Jane Doe 7 engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Assault of a Child in the Third Degree, which was a criminal offense under Nebraska Revised Statute 28-320.01; Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

219. In violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT 24

220. The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

221. On or between August 8 and August 9, 2020, in the District of Arizona and elsewhere, the defendant SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly travel in interstate commerce, from Arizona to Nebraska, for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with Jane Doe 3, Jane Doe 4, Jane Doe 5, and Jane Doe 7.

222. In violation of Title 18, United States Code, Sections 2423(b) and 2.

**COUNT 25**

223.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

224.   On or about November 1, 2021, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN, LEIA BISTLINE, and TORRANCE BISTLINE, and others known and unknown to the grand jury, did use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce Jane Doe 7, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

225.   In violation of Title 18, United States Code, Sections 2422(b) and 2.

**COUNT 26**

226.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

227.   On or between August 8, 2020 and March 18, 2021, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN, JOSEPHINE BARLOW BISTLINE, and LADELL BISTLINE, JR., and others known and unknown to the grand jury, did knowingly persuade, induce, entice, and coerce Jane Doe 9 to travel in interstate commerce, back and forth between Arizona, Utah, and Nebraska, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

228.   In violation of Title 18, United States Code, Sections 2422(a) and 2.

**COUNT 27**

2    229.   The allegations contained in all preceding paragraphs are realleged and
3    incorporated herein as if fully set forth in this paragraph.

4    230.   On or between August 8, 2020 and September 13, 2022, in the District of
5    Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN, JOSEPHINE
6    BARLOW BISTLINE, and LADELL BISTLINE, JR., and others known and unknown to
7    the grand jury, did use a facility and means of interstate commerce to knowingly persuade,
8    induce, entice, and coerce Jane Doe 9, who had not attained the age of 18 years, to engage
9    in sexual activity for which any person can be charged with a criminal offense, namely,
10   Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute
11   13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised
12   Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised
13   Statute 13-1404.

14   231.   In violation of Title 18, United States Code, Sections 2422(b) and 2.

15   **COUNT 28**

16   232.   The allegations contained in all preceding paragraphs are realleged and
17   incorporated herein as if fully set forth in this paragraph.

18   233.   On or between August 8, 2020 and March 18, 2021, in the District of Arizona
19   and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN, JOSEPHINE
20   BARLOW BISTLINE, and LADELL BISTLINE, JR., and others known and unknown to
21   the grand jury, did knowingly transport, and cause to be transported, Jane Doe 9, who had
22   not attained the age of 18 years, in interstate commerce, back and forth between Arizona,
23   Utah, and Nebraska, with the intent that Jane Doe 9 engage in sexual activity for which
24   any person can be charged with a criminal offense, namely, Sexual Conduct with a Minor,
25   which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a

26

27

28

Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

234. In violation of Title 18, United States Code, Sections 2423(a) and 2.

**COUNT 29**

235. The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

236. On or about February 16, 2022, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly transport, and cause to be transported, Jane Doe 9, who had not attained the age of 18 years, in interstate commerce, from Arizona to Nevada, with the intent that Jane Doe 9 engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Assault, which was a criminal offense under Nevada Revised Statute 200.366; and Lewdness with a Child, which was a criminal offense under Nevada Revised Statute 201.230.

237. In violation of Title 18, United States Code, Sections 2423(a) and 2.

**COUNT 30**

238. The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

239. On or between August 8, 2020 and March 18, 2021, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN, JOSEPHINE BARLOW BISTLINE, and LADELL BISTLINE, JR., and others known and unknown to the grand jury, did knowingly persuade, induce, entice, and coerce Jane Doe 8 to travel in interstate commerce, back and forth between Arizona, Utah, and Nebraska, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised

Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

240.   In violation of Title 18, United States Code, Sections 2422(a) and 2.

### COUNT 31

241.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

242.   On or between August 8, 2020 and September 13, 2022, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN, JOSEPHINE BARLOW BISTLINE, and LADELL BISTLINE, JR., and others known and unknown to the grand jury, did use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce Jane Doe 8, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

243.   In violation of Title 18, United States Code, Sections 2422(b) and 2.

### COUNT 32

244.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

245.   On or between August 8, 2020 and March 18, 2021, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN, JOSEPHINE BARLOW BISTLINE, and LADELL BISTLINE, JR., and others known and unknown to the grand jury, did knowingly transport, and cause to be transported, Jane Doe 8, who had not attained the age of 18 years, in interstate commerce, back and forth between Arizona, Utah, and Nebraska, with the intent that Jane Doe 8 engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Conduct with a Minor,

which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410; and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404.

246. In violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT 33

247. The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

248. On or between November 15, 2020 and March 2, 2021, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN and LEILANI BISTLINE, and others known and unknown to the grand jury, did knowingly persuade, induce, entice, and coerce Jane Doe 11 to travel in interstate commerce, from Colorado to Arizona, to engage in sexual activity for which any person can be charged with a criminal offense, namely; Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410 (through October 1, 2021); and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404 (through October 1, 2021).

249. In violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT 34

250. The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

251. On or between November 15, 2020 and September 13, 2022, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN and LEILANI BISTLINE, and others known and unknown to the grand jury, did use a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce Jane Doe 11, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Conduct with a Minor,

- 42 -

which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410 (through October 1, 2021); Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404 (through October 1, 2021); Sexual Abuse of a Minor in the First Degree, which was a criminal offense under Wyoming Statute 6-2-314(a)(iii); Sexual Abuse of a Minor in the Second Degree, which was a criminal offense under Wyoming Statute 6-2-315(a)(i) and (iv); and Sexual Abuse of a Minor in the Third Degree, which was a criminal offense under Wyoming Statute 6-2-316(a)(i) and (iv).

252.    In violation of Title 18, United States Code, Sections 2422(b) and 2.

## COUNT 35

253.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

254.    On or between November 15, 2020 and March 2, 2021, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN and LEILANI BISTLINE, and others known and unknown to the grand jury, did knowingly transport, and cause to be transported, Jane Doe 11, who had not attained the age of 18 years, in interstate commerce, from Colorado to Arizona, with the intent that Jane Doe 11 engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Conduct with a Minor, which was a criminal offense under Arizona Revised Statute 13-1405; Molestation of a Child, which was a criminal offense under Arizona Revised Statute 13-1410 (through October 1, 2021); and Sexual Abuse, which was a criminal offense under Arizona Revised Statute 13-1404 (through October 1, 2021).

255.    In violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT 36

256.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

257.   On or between March 12 and March 18, 2021, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly transport, and cause to be transported, Jane Doe 11, who had not attained the age of 18 years, in interstate commerce, back and forth from Arizona to Nebraska, with the intent that Jane Doe 11 engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Abuse of a Minor in the First Degree, which was a criminal offense under Wyoming Statute 6-2-314(a)(iii); Sexual Abuse of a Minor in the Second Degree, which was a criminal offense under Wyoming Statute 6-2-315(a)(i) and (iv); and Sexual Abuse of a Minor in the Third Degree, which was a criminal offense under Wyoming Statute 6-2-316(a)(i) and (iv).

258.   In violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT 37

259.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

260.   On or between March 15 and March 17, 2021, in the District of Arizona and elsewhere, the defendant SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly travel in interstate commerce, from Nebraska to Arizona, for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with Jane Doe 10.

261.   In violation of Title 18, United States Code, Sections 2423(b) and 2.

## COUNT 38

262.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

263.   On or about January 29, 2022, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly transport, and cause to be transported, Jane Doe 10, who had not attained the age of 18 years, in interstate commerce, from Arizona to Colorado, with the

intent that Jane Doe 10 engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Assault, which was a criminal offense under Colorado Revised Statute 18-3-402(1)(e); and Unlawful Sexual Contact, which was a criminal offense under Colorado Revised Statute 18-3-404(1.5).

264.   In violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT 39

265.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

266.   On or between September 12 and 13, 2022, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN and BRENDA BARLOW, and others known and unknown to the grand jury, did knowingly transport, and cause to be transported, Jane Doe 10, who had not attained the age of 18 years, in interstate commerce, from Arizona to Utah, with the intent that Jane Doe 10 engage in sexual activity for which any person can be charged with a criminal offense, namely, Unlawful Sexual Conduct with a 16 or 17 Year Old, which was a criminal offense under Utah Code 76-5-401.2.

267.   In violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT 40

268.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

269.   On or about August 28, 2022, in the District of Arizona, the defendants, SAMUEL RAPPYLEE BATEMAN, BRENDA BARLOW, and TORRANCE BISTLINE, and others known and unknown to the grand jury, did corruptly alter, destroy, mutilate, and conceal a record, and attempted to do so, with the intent to impair its integrity and availability for use in a foreseeable prosecution before a Court of the United States, an official proceeding, that is, by deleting and attempting to delete electronic communications associated with Signal accounts.

270.   In violation of Title 18, United States Code, Sections 1512(c)(1) and 2.

**COUNT 41**

271.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

272.   On or about August 28, 2022, in the District of Arizona, the defendants, SAMUEL RAPPYLEE BATEMAN, BRENDA BARLOW, and TORRANCE BISTLINE, and others known and unknown to the grand jury, did knowingly and willfully conspire and agree together and with each other, to corruptly alter, destroy, mutilate, and conceal a record, with the intent to impair its integrity and availability for use in a foreseeable prosecution before a Court of the United States, an official proceeding, that is, by deleting and attempting to delete electronic communications associated with Signal accounts, in violation of Title 18, United States Code, Sections 1512(c)(1) and 2.

273.   All in violation of Title 18, United States Code, Section 1512(k).

**COUNT 42**

274.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

275.   On or about August 28, 2022, in the District of Arizona, the defendants, SAMUEL RAPPYLEE BATEMAN, BRENDA BARLOW, TORRANCE BISTLINE, and others known and unknown to the grand jury, did corruptly obstruct, influence, and impede a foreseeable prosecution before a Court of the United States, an official proceeding, and attempted to do so, by deleting, attempting to delete, and directing others to delete, electronic communications associated with Signal accounts.

276.   In violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

**COUNT 43**

277.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

278.   On or about August 28, 2022, in the District of Arizona, the defendants, SAMUEL RAPPYLEE BATEMAN, BRENDA BARLOW, and TORRANCE BISTLINE,

- 46 -

and others known and unknown to the grand jury, did knowingly and willfully conspire and agree together and with each other, to corruptly obstruct, influence, and impede a foreseeable prosecution before a Court of the United States, an official proceeding, by deleting, attempting to delete, and directing others to delete, electronic communications associated with Signal accounts, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

279.   All in violation of Title 18, United States Code, Section 1512(k).

**COUNT 44**

280.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

281.   On or about August 28, 2022, in the District of Arizona, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly alter, destroy, mutilate, and conceal records, that is, electronic communications associated with Signal accounts, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter that the defendant contemplated was within the jurisdiction of the Federal Bureau of Investigation, a department and agency of the United States.

282.   In violation of Title 18, United States Code, Sections 1519 and 2.

**COUNT 45**

283.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

284.   Beginning on a date unknown, but at least between May 5, 2020 and December 1, 2022, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly intimidate, threaten, corruptly persuade, and engage in misleading conduct toward Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7, Jane Doe 8, Jane Doe 9, Jane Doe 10, Jane Doe 11, and others, and attempted to so, by instructing them what to say if and

when they were ever interviewed by a government agency, with the intent to influence, delay, and prevent the testimony of Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7, Jane Doe 8, Jane Doe 9, Jane Doe 10, Jane Doe 11, and others, in a foreseeable prosecution before a Court of the United States, an official proceeding.

285.   In violation of Title 18, United States Code, Sections 1512(b)(1) and 2.

## COUNT 46

286.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

287.   On or about September 13, 2022, in the District of Arizona and elsewhere, the defendant, BRENDA BARLOW, and others known and unknown to the grand jury, did corruptly alter, destroy, mutilate, and conceal a record, and other object, and attempted to do so, with the intent to impair its integrity and availability for use in a foreseeable criminal proceeding before a Court of the United States, an official proceeding, that is, by hiding potential evidence.

288.   In violation of Title 18, United States Code, Sections 1512(c)(1) and 2.

## COUNT 47

289.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

290.   On or between November 27 and December 1, 2022, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN, NAOMI BISTLINE, DONNAE BARLOW, MORETTA ROSE JOHNSON, BRENDA BARLOW, and others known and unknown to the grand jury, did corruptly obstruct, influence, and impede a foreseeable prosecution before a Court of the United States, an official proceeding, and attempted to do so, by aiding minors to escape Arizona Department of Child Safety custody and evade law enforcement.

291.   In violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

## COUNT 48

2      292.   The allegations contained in all preceding paragraphs are realleged and

3      incorporated herein as if fully set forth in this paragraph.

4      293.   Beginning at a time unknown, but at least on or between November 26 and

5      December 1, 2022, in the District of Arizona and elsewhere, the defendants, SAMUEL

6      RAPPYLEE BATEMAN, NAOMI BISTLINE, DONNAE BARLOW, MORETTA ROSE

7      JOHNSON, BRENDA BARLOW, and others known and unknown to the grand jury, did

8      knowingly and willfully conspire and agree together and with each other, to corruptly

9      obstruct, influence, and impede a foreseeable prosecution before a Court of the United

10     States, an official proceeding, by aiding minors to escape Arizona Department of Child

11     Safety custody and evade law enforcement, in violation of Title 18, United States Code,

12     Sections 1512(c)(2) and 2.

13     294.   All in violation of Title 18, United States Code, Section 1512(k).

## COUNT 49

15     295.   The allegations contained in all preceding paragraphs are realleged and

16     incorporated herein as if fully set forth in this paragraph.

17     296.   On or between November 27 and December 1, 2022, in the District of

18     Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN, NAOMI

19     BISTLINE, DONNAE BARLOW, MORETTA ROSE JOHNSON, BRENDA BARLOW,

20     and others known and unknown to the grand jury, did unlawfully seize, confine, inveigle,

21     decoy, kidnap, abduct, and carry away Jane Doe 4, Jane Doe 8, and Jane Doe 9, and held

22     them for a purpose (to wit: to take them out of Arizona Department of Child Safety custody

23     and evade law enforcement), and in committing and in furtherance of their commission of

24     the offense, the defendants did travel in and willfully transported the victims in interstate

25     commerce from Arizona to Washington, and used a means, facility, and instrumentality of

26     interstate commerce.

27     297.   In violation of Title 18, United States Code, Sections 1201(a)(1), (b), and 2.

**COUNT 50**

298.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

299.   Beginning at a time unknown, but at least on or between November 26 and December 1, 2022, in the District of Arizona and elsewhere, the defendants, SAMUEL RAPPYLEE BATEMAN, NAOMI BISTLINE, DONNAE BARLOW, MORETTA ROSE JOHNSON, BRENDA BARLOW, and others known and unknown to the grand jury, did knowingly and willfully conspire and agree together and with each other, to unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away Jane Doe 4, Jane Doe 8, and Jane Doe 9, and held them for a purpose (to wit: to take them out of Arizona Department of Child Safety custody and evade law enforcement), and in committing and in furtherance of their commission of the offense, the defendants did travel in and willfully transported the victims in interstate commerce from Arizona to Washington, and used a means, facility, and instrumentality of interstate commerce, in violation of Title 18, United States Code, Sections 1201(a)(1), (b), and 2.

**Overt Acts**

300.   In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

301.   On or about November 26, 2022, defendant BRENDA BARLOW messaged Jane Doe 7 on behalf of defendant SAMUEL RAPPYLEE BATEMAN to ask Jane Doe 7 to pass a message to the other minor female victims reminding them that defendant BATEMAN was still in custody and not to give up on him.

302.   On or about November 27, 2022, defendant BRENDA BARLOW communicated with defendant SAMUEL RAPPYLEE BATEMAN and many of his followers about the plan to assist the minor female victims in leaving AZ DCS custody. At

the time, defendant BRENDA BARLOW was attempting to ascertain Jane Doe 6's location.

303. Later, on or about November 27, 2022, defendants NAOMI BISTLINE, DONNAE BARLOW, and MORETTA ROSE JOHNSON, assisted eight of the nine minor female victims (three of them under the age of 14) to leave the custody of the AZ DCS group homes in which they were staying pending delinquency proceedings following the September 13, 2022 arrest of defendant SAMUEL RAPPYLEE BATEMAN, and their Court Authorized Removals.

304. Specifically, defendants NAOMI BISTLINE and DONNAE BARLOW picked up minor victims, Jane Doe 8, Jane Doe 9, and Jane Doe 7, after they left AZ DCS custody on or about November 27, 2022.

305. Defendant MORETTA ROSE JOHNSON picked up minor victims, Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 10, and Jane Doe 11, after they left AZ DCS custody on or about November 27, 2022.

306. On the evening of November 27, 2022, defendant SAMUEL RAPPYLEE BATEMAN made a recorded video call from the Core Civic/Central Arizona Florence Correctional Complex ("CAFCC"), where he was in federal custody, to defendant DONNAE BARLOW. During the video call, defendant DONNAE BARLOW was driving a vehicle and defendant NAOMI BISTLINE was the front-seat passenger. Defendant NAOMI BISTLINE informed defendant BATEMAN that they had Jane Doe 8 and Jane Doe 9, referenced by code names.

307. On or between November 27, 2022 and December 1, 2022, defendant BRENDA BARLOW communicated with and between defendant SAMUEL RAPPYLEE BATEMAN and others to ascertain the status of the minor female victims and provide updates to defendant BATEMAN.

308. On the morning of November 28, 2022, defendant SAMUEL RAPPYLEE BATEMAN made a video call from CAFCC to defendant NAOMI BISTLINE, who

- 51 -

appeared to be in a hotel room. In response to defendant BATEMAN's questioning about who was with them, defendant NAOMI BISTLINE told defendant BATEMAN that "W2" (a reference to Jane Doe 6, the one of nine girls to have not escaped from AZ DCS custody) was the only one not with them, but that they had tried and ran for their lives after police were called. Defendant BATEMAN told them they needed to get W2. The video panned to all eight minors taken from AZ DCS custody.

309. In the following days, defendant SAMUEL RAPPYLEE BATEMAN made numerous video calls to defendant NAOMI BISTLINE and the missing girls. At one point, defendant BATEMAN asked if they were in "our state" and they stated that they were not.

310. On or about November 28, 2022, defendant SAMUEL RAPPYLEE BATEMAN made video calls to defendant MORETTA ROSE JOHNSON's phone, where he spoke with defendant MARONA JOHNSON, who appeared to be in a hotel room with a baby and at least one other adult wife of defendant BATEMAN. They talked about being a long way away. Defendant MARONA JOHNSON told defendant BATEMAN that "we are helping you." Defendant BATEMAN encouraged defendant MARONA JOHNSON to stay strong.

311. After discussions about needing more vehicles, on another call on or about the evening of November 28, 2022, defendant LEILANI BISTLINE reported to defendant SAMUEL RAPPYLEE BATEMAN that she had cleaned out one of the vehicles and she and defendant JOSEPHINE BARLOW BISTLINE were able to swap out vehicles with the other wives of defendant BATEMAN.

312. In the days following the girls' disappearance, defendant BRENDA BARLOW was communicating with defendant SAMUEL RAPPYLEE BATEMAN and all of his followers, coordinating and reporting everybody's whereabouts.

313. On or about November 29, 2022, defendant TORRANCE BISTLINE offered to help the defendants and others to evade law enforcement.

314.   On or about December 1, 2022, defendant MORETTA ROSE JOHNSON had all eight missing girls in an Airbnb in Spokane, Washington, paid for by one of defendant SAMUEL RAPPYLEE BATEMAN's followers.  Defendant MORETTA ROSE JOHNSON refused to answer the door for a Spokane Sheriff's Sergeant.  Later, the sergeant stopped defendant MORETTA ROSE JOHNSON in a vehicle, attempting to drive away with all eight missing girls.

315.   All in violation of Title 18, United States Code, Section 1201(c).

## COUNT 51

316.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

317.   On or about November 26, 2022, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did corruptly obstruct, influence, and impede a criminal prosecution before a Court of the United States, an official proceeding, and attempted to do so, by directing others known and unknown to the grand jury to harass and threaten known cooperating government witnesses.

318.   In violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

## COUNT 52

319.   The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

320.   On or about November 26, 2022, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly and willfully conspire and agree together and with each other, to corruptly obstruct, influence, and impede a criminal prosecution before a Court of the United States, an official proceeding, and attempted to do so, by directing others known

and unknown to the grand jury to harass and threaten known cooperating government witnesses, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

321.    All in violation of Title 18, United States Code, Section 1512(k).

## COUNT 53

322.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

323.    On or between March 15 and March 24, 2023, in the District of Arizona and elsewhere, the defendant, SAMUEL RAPPYLEE BATEMAN, and others known and unknown to the grand jury, did knowingly attempt to intimidate, and corruptly persuade Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7, Jane Doe 8, Jane Doe 9, Jane Doe 10, Jane Doe 11, and others, by instructing them, and having them instructed, not to speak with anyone about a pending federal investigation and prosecution, with the intent to influence, delay, and prevent the testimony of Jane Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, Jane Doe 7, Jane Doe 8, Jane Doe 9, Jane Doe 10, Jane Doe 11, and others, in a criminal proceeding before a Court of the United States, an official proceeding.

324.    In violation of Title 18, United States Code, Sections 1512(b)(1) and 2.

## COUNT 54

325.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

326.    On or about March 24, 2023, in the District of Arizona and elsewhere, the defendant, JOSEPHINE BARLOW BISTLINE, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant sent an electronic mail communication threatening to injure and harm C.B.

327.    In violation of Title 18, United States Code, Section 875(c).

## COUNT 55

328.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

329.    On or between December 16, 2022 and March 24, 2023, in the District of Arizona and elsewhere, the defendant, JOSEPHINE BARLOW BISTLINE, with the intent to injure, harass, and intimidate another person, used any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause and would reasonably have been expected to cause substantial emotional distress to C.B. and L.B., and placed C.B. and L.B. in reasonable fear of serious bodily injury.

330.    In violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

## COUNT 56

331.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

332.    On or between December 16, 2022 and March 24, 2023, in the District of Arizona and elsewhere, the defendant, JOSEPHINE BARLOW BISTLINE, did attempt to corruptly obstruct, influence, and impede a criminal prosecution before a Court of the United States, an official proceeding, by harassing and threatening Arizona state government employees.

333.    In violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

## FORFEITURE ALLEGATION

334.    The allegations contained in all preceding paragraphs are realleged and incorporated herein as if fully set forth in this paragraph.

335.    The Grand Jury realleges and incorporates the allegations of Counts 1 through 56 of this Second Superseding Indictment, which are incorporated by reference as though fully set forth herein.

336.    Pursuant to 18 U.S.C. §§ 981, 2253, and 2428, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 56 of this Superseding Indictment, the defendant shall forfeit to the United States of America all

- 55 -

right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable.  If any forfeitable property, as a result of any act or omission of the defendant:

      (1) cannot be located upon the exercise of due diligence,

      (2) has been transferred or sold to, or deposited with, a third party,

      (3) has been placed beyond the jurisdiction of the court,

      (4) has been substantially diminished in value, or

      (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

      337.   All in accordance with 18 U.S.C. §§ 981, 2253, and 2428, 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S

FOREPERSON OF THE GRAND JURY
Date:  May 18, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/S

DIMITRA H. SAMPSON
JILLIAN BESANCON
LINDSAY L. SHORT
Assistant U.S. Attorneys

- 56 -