☒ FILED  ☐ LODGED

**May 19 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

**SEALED**

| | |
|---|---|
| United States of America, | ) |
| | ) DATE: 05/19/23 |
| Plaintiff, | ) |
| | ) **SEALED** |
| v. | ) **NOTICE TO APPEAR** |
| | ) |
| Samuel Rappylee Bateman, | ) CR-22-8092-PCT-DGC |
| | ) |
| Defendant(s). | ) |
| | ) |

IN THE ABOVE MATTER, notice is hereby issued this date as to Defendant Samuel Rappylee Bateman for appearance before U.S. Magistrate Judge Michael T. Morrissey on May 26, 2023 at 11:45 A.M. in Courtroom No. 304 to answer to the Second Superseding Indictment for Arraignment.

DEBRA D. LUCAS
DCE/CLERK OF COURT

*M. Pruneau*

M. Pruneau, Deputy Clerk

CC: PTS
    Dfns Cnsl
    AUSA