# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-08092-001-PCT-DGC |
| Plaintiff, | **ORDER** |
| v. | (Filed Under Seal) |
| Samuel Rappylee Bateman, et al., | |
| Defendants. | |

The Status Hearing set for May 26, 2023 at 2:00 p.m. is VACATED and RESET to June 20, 2023 at 4:00 p.m. before Senior Judge David G. Campbell in courtroom 603.

Dated this 19th day of May, 2023.

*David G. Campbell*
David G. Campbell
Senior United States District Judge

cc: AUSA, Defense Counsel for Defendants 1, 2, 3, 4; USMS