**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
Phone: (480) 755-7110
Fax: (480) 857-0150
**Andrew C. Marcantel, Esq. – SBN 031809**
Andy@AttorneysForFreedom.com
**Marc J. Victor, Esq. – SBN 016064**
*Marc@AttorneysForFreedom.com*
*Attorneys For Defendant*

☒ FILED  ☐ LODGED

**May 22 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-22-08092-001-PCT-DGC |
| Plaintiff, | **SEALED** |
| vs. | MOTION TO WITHDRAW AS LEGAL COUNSEL |
| Samuel Rappylee Bateman, et. al. | |
| Defendant. | |

ATTORNEYS FOR FREEDOM, counsel for Mr. Bateman, hereby moves the Court to allow counsel to withdraw from further representation of Mr. Bateman pursuant to Ariz.R. Prof'l. Cond. Ct. ER 1.16(a)(3). Mr. Bateman has terminated the services of Undersigned Counsel.

Therefore, it is respectfully requested this Court allow the defense counsel, Marc J. Victor, Esq., and Andrew C. Marcantel, Esq., to withdraw as attorneys of record.

Respectfully submitted this 22nd day of May 2023.

ATTORNEYS FOR FREEDOM LAW FIRM

*/s/ Marc J. Victor*
Marc J. Victor Esq.
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Dimitra Sampson, Esq.
Assistant U.S. Attorney

Emailed to chambers:

The Honorable David G. Campbell
Campbell_chambers@azd.uscourts.gov

By: */s/ Braeden Victor*