# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-08092-001-PCT-DGC |
| Plaintiff, | **ORDER** |
| v. | (Filed Under Seal) |
| Samuel Rappylee Bateman, | |
| Defendant. | |

Pending before the Court is Defendant Samuel Rappylee Bateman's Motion to Withdraw as Legal Counsel. Doc. 120.

IT IS ORDERED setting a motion hearing for May 31, 2023 at 4:00 p.m. before Senior Judge David G. Campbell in courtroom 603.

Dated this 23rd day of May, 2023.

*David G. Campbell*
David G. Campbell
Senior United States District Judge

cc: AUSA, Def Cnsl for Defendant Bateman, USMS