# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-08092-PCT-DGC |
| Plaintiff, | **RECUSAL ORDER** |
| v. | |
| Samuel Rappylee Bateman, et al., | |
| Defendants. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the **Honorable Michael T. Liburdi**. All future pleadings and papers submitted for filing shall bear the following complete case number: **CR-22-08092-PCT-MTL.**

**IT IS FURTHER ORDERED** vacating the Motion Hearing set May 31, 2023 at 4:00 p.m. (as to Defendant Bateman) and the Status Conference set June 20, 2023 at 4:00 p.m. (as to all Defendants) before Senior Judge David G. Campbell.

Dated this 30th day of May, 2023.

David G. Campbell
Senior United States District Judge