GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: Dimitra.Sampson@usdoj.gov
JILLIAN BESANCON
California State Bar No. 285869
Email: Jillian.Besancon@usdoj.gov
LINDSAY L. SHORT
Arizona State Bar No. 034125
Email: Lindsay.Short@usdoj.gov
KRISSA M. LANHAM
Arizona State Bar No. 035085
Email: Krissa.Lanham@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-08092-PCT-SMB |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| Samuel Rappylee Bateman, et al. | |
| Defendants. | |

NOTICE is hereby given, in accordance with Criminal Local Rule 57.3 and Civil Local Rule 83.3 of the Rules of Practice for the U.S. District Court for the District of Arizona that Assistant United States Attorney Krissa M. Lanham is added as counsel for the United States.

/ / /

/ / /

Respectfully submitted this 15th day of June, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Krissa M. Lanham*
KRISSA M. LANHAM
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant(s):

Marc Victor and Andrew Marcantel,
*Attorneys for Defendant (1) Samuel Rappylee Bateman*
Jose Saldivar and Cindy Castillo,
*Attorneys for Defendant (2) Naomi Bistline*
Sandra Hamilton,
*Attorney for Defendant (3) Donnae Barlow*
Steve Wallin,
*Attorney for Defendant (4) Moretta Rose Johnson*
Mark Paige,
*Attorney for Defendant (5) Josephine Barlow Bistline*
Bradley Lewis Miller,
*Attorney for Defendant (11) Leilani Barlow*


 *s/ Tammie R. Holm*
U.S. Attorney's Office