GRAY M. RESTAINO
United States Attorney
District of Arizona

RYAN POWELL
Assistant U.S. Attorney
Arizona State Bar No. 025695
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Ryan.Powell@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Samuel Rappylee Bateman, et al.,<br><br>　　　　　　Defendants. | CR-22-8092-PCT-SMB<br><br>**NOTICE OF<br>APPEARANCE OF COUNSEL** |

NOTICE is hereby given, in accordance with Local Rule 1.7(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Ryan Powell is associated in this matter above for the United States.

Respectfully submitted this 21st day of June, 2023.

　　　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　 *s/Ryan Powell*
　　　　　　　　　　　　　　　　　　RYAN POWELL
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of June, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

 _s/Daniel Parke_
U.S. Attorney's Office