# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>v.<br><br>Samuel Rappylee Bateman,<br><br>           Defendant. | No. CR-22-08092-001-PCT-SMB<br><br>**ORDER** |

The Court has received a pleading from Defendant Bateman titled Conditional Acceptance, Post-Settlement and Closure (Doc. 171). The document cites no law and does not make a specific request for relief that is applicable in a criminal case. To the extend Defendant Bateman thinks he is requesting some sort of financial acceptance and/or closure of this case, the request is denied.

**IT IS ORDERED** denying any relief sought in Defendant Bateman's Conditional Acceptance, Post-Settlement and Closure (Doc. 171).

Dated this 30th day of June, 2023.

Honorable Susan M. Brnovich
United States District Judge