IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-08092-PCT-SMB |
| Plaintiff, | |
| vs. | **ORDER** |
| Samuel Rappylee Bateman, et al. | |
| Defendants. | |

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States' motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the Government's Motion to Amend Protective Order is GRANTED.

**IT IS FURTHER ORDERED** that the December 30, 2022 Protective Order (Doc. 36) is amended to apply to all defendants charged in this case.

No excludable delay shall occur from the entry of this Order.

Dated this 6th day of July, 2023.

Honorable Susan M. Brnovich
United States District Judge