# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-08092-001-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | *Hon. Susan M. Brnovich* |
| Samuel Rappylee Bateman, | (Defendant is in custody) |
| Defendant. | |

Upon motion of the defendant, Donnae Barlow, to continue the status conference of July 28, 2023, and good cause appearing,

**IT IS HEREBY ORDERED** continuing the status conference in this case from July 28, 2023, to **August 8, 2023 at 1:00 p.m.,** Courtroom 506 in Phoenix, Arizona. This order applies to all defendants.

**IT IS FURTHER ORDERED** that excludable delay exists under Title 18 U.S.C. 3161(h)(&)(A) from

Dated this 13th day of July, 2023.

Honorable Susan M. Brnovich
United States District Judge