| ✎AO 435<br>AZ Form (Rev. 10/2018) | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | **FOR COURT USE ONLY**<br><br>**DUE DATE:** |
|---|---|---|

| 1. NAME  Galilee Bistline | 2. PHONE NUMBER<br>435-463-5335 | 3. DATE  8/25/2023 |
|---|---|---|

**4. FIRM NAME**

| 5. MAILING ADDRESS  PO Box 2194 | 6. CITY  Colorado City | 7. STATE  AZ | 8. ZIP CODE  86012 |
|---|---|---|---|

| 9. CASE NUMBER  3:22-cr-08092 | 10. JUDGE  Susan Brnovich | DATES OF PROCEEDINGS |
|---|---|---|
| | | 11. 2/24/2023 - 8/9/2023    12. |

| 13. CASE NAME  USA v. Bateman et al | LOCATION OF PROCEEDINGS |
|---|---|
| | 14. Phoenix    15. STATE  Arizona |

**16. ORDER FOR**

| ☐ APPEAL | ☑ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | 2/24/2023 Status Conf | ☐ TESTIMONY (Specify) | 6/30/2023 Detention-Torranc |
| ☐ OPENING STATEMENT (Plaintiff) | 3/6/2023 Motion Hearing | | 7/6/2023 Detention Hear |
| ☐ OPENING STATEMENT (Defendant) | 4/6/2023 Motion Hearing | | 7/10/2023 Initial Appear |
| ☐ CLOSING ARGUMENT (Plaintiff) | 5/22/2023 Initial & Arraign | ☐ PRE-TRIAL PROCEEDING | 7/20/2023 Detention Hear |
| ☐ CLOSING ARGUMENT (Defendant) | 5/24/2023 Initial Appear | | 8/8/2023 Status Conf |
| ☐ OPINION OF COURT | 5/30/2023 Detention Hear | | 8/8/2023 Motion-Marona |
| ☐ JURY INSTRUCTIONS | 6/14/2023 Status Conf | ☐ OTHER (Specify) | 8/8/2023 Detention-Leia |
| ☐ SENTENCING | 6/29/2023 Detention Hear | | 8/8/2023 Detention-Torrance |
| ☐ BAIL HEARING | 6/30/2023 Detention-Leia | | 8/8/2023 Motion-Samuel |

**18. ORDER**

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST<br>COPY | # OF<br>ADDITIONAL<br>COPIES | DELIVERY INSTRUCTIONS<br>(Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☑ | ☐ | | ☐ PAPER COPY | |
| 7 DAYS(expedited) | ☐ | ☐ | | | |
| 3 DAYS | ☐ | ☐ | | ☑ PDF (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS  galileebistline@gmail.com |
|---|---|
| **19. SIGNATURE** Galilee Bistline | **NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.** |
| **20. DATE** 8/25/2023 | |

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY