IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Samuel Rappylee Bateman,<br><br>    Defendant. | No. CR-22-08092-001-PCT-SMB<br><br>**ORDER** |

Pursuant to Defendant's Motion for Substitution of Counsel, and good cause shown,

**IT IS ORDERED** substituting CJA Myles A. Schneider, Esq. as attorney of record for Defendant Samuel Rappylee Bateman in place of himself as counsel pro se.

Dated this 30th day of August, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge