GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: dimitra.sampson@usdoj.gov
JILLIAN BESANCON
California State Bar No. 285869
Email: jillian.besancon@usdoj.gov
LINDSAY L. SHORT
Arizona State Bar No. 034125
Email: lindsay.short@usdoj.gov
RYAN POWELL
Arizona State Bar No. 025695
Email: ryan.powell@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>     vs.<br><br>Samuel Rappylee Bateman, et. al.<br><br>              Defendants. | No. CR-22-08092-PCT-SMB<br><br>**PROPOSED SCHEDULING ORDER** |

Per this Court's order (Doc. 270), the parties have conferred and the United States submits the attached proposed scheduling order. The proposed deadlines are based on a September 10, 2024 trial date. Therefore, if the trial date is changed, the parties would ask that the deadlines be adjusted in accordance with the scheduled trial date. The position of defense counsel for each defendant is set forth below.

# SCHEDULING ORDER

## I. DISCOVERY AND DISCLOSURE DEADLINES

    A.    Government's Deadlines

| | | |
|---|---|---|
| 1. | Initial Compliance with Rule 16 discovery[1] (except initial expert disclosures) | 3/8/2024 |
| 2. | Rule 404(b), 413, 414 notification, if any | 4/12/2024 |
| 4. | Initial expert disclosures (simultaneous) | 4/12/2024 |
| 5. | Rebuttal expert disclosures (simultaneous) | 6/14/2024 |
| 5. | Production of Jencks material and witness impeachment material, if not produced sooner[2] | 8/9/2024 |

    B.    Defendant's Deadlines

| | | |
|---|---|---|
| 1. | Close of reciprocal Rule 16 discovery | 4/12/2024 |
| 2. | Initial expert disclosures (simultaneous) | 4/12/2024 |
| 3. | Rebuttal expert disclosures (simultaneous) | 6/14/2024 |
| 4. | Production of Rule 26.2 material as to intended witnesses, if any | 8/9/2024 |

## II. FILING AND OTHER COURT DEADLINES

| | | |
|---|---|---|
| A. | Disclosure of Preliminary Exhibit and Witness List (Simultaneous) | 7/12/2024 |
| B. | Substantive Motions Deadline | 6/28/2024 |

---

[1] The United States has provided and will continue to provide discovery timely as it becomes available. This proposed order references the discovery within the government's possession and control as of the date set for compliance. If additional records and information are discovered by, or disclosed to, the government during pretrial preparation or otherwise, pursuant to Rule 16(c), Fed. R. Crim. P., the government shall promptly disclose any additional documentary evidence or materials to the defense as soon as practicable after such disclosure or discovery occurs.

[2] If the government obtains any additional written *Jencks* material after this date, this *Jencks* material shall be produced promptly to the defense as soon as practicable.

| | | | |
|---|---|---|---|
| C. | Disclosure of Final Exhibit and Witness List | | 8/9/2024 |
| D. | Motions *in Limine* | | 8/2/2024 |
| E. | Proposed Jury Questionnaire and Screening for Length of Trial | | 6/7/2024 |
| F. | Responses to Motions *in Limine* | | 8/16/2024 |
| G. | Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form | | 8/9/2024 |
| H. | Final Pretrial Conference | | 8/26/2024 |
| I. | Trial | | 9/10/2024 |

### III. STATUS CONFERENCES

The parties recommend scheduled status conferences to allow the parties to update the Court as to case status and have an opportunity to raise issues, if any. For each status conference, the parties will file a joint memorandum detailing the status of the case no less than three days prior to the scheduled status conference.

| | | |
|---|---|---|
| A. | First Status Conference (proposed) | 4/1/2024 |
| B. | Second Status Conference | 7/8/2024 |

### IV. DEFENDANTS' POSITIONS

The following defendants, through their counsel/advisory counsel, concur with this proposed scheduling order: Samuel Rappylee Bateman, Naomi Bistline, Josephine Barlow Bistline, Leia Bistline, and Marona Johnson.

Sandra Hamilton, counsel for Donnae Barlow, proposed an October or November 2024 trial date because she will be in a state capital trial until March 31, 2024 and believes that will render her unable to comply with some of the proposed deadlines. She also requested the Court be advised that she has a second state capital trial set for September 3, 2024, which will in all likelihood be continued, but would otherwise interfere with a September, October, or November 2024 trial date. Ms. Hamilton also proposed, as an

1 alternative, a January 2025 trial date in an effort to avoid the holidays.

2   The following defendants, through their counsel agreed with a January 2025 trial date with the remaining scheduling order adjusted accordingly: Moretta Rose Johnson, Brenda Barlow, Torrance Bistline, and possibly Leilani Barlow.[3]

5   Defendant LaDell Bistline, Jr., has a pending motion for self-representation; therefore, counsel did not provide a position on the trial date, but wished to preserve Mr. Bistline's right to object to any delay in this matter.

8   Respectfully submitted this 31st day of August, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

 *s/Dimitra H. Sampson*
DIMITRA H. SAMPSON
Assistant U.S. Attorney

---

[3] Counsel for defendant Barlow responded "no objection with the date" to an email string discussing both possible trial dates (September 2024 and January 2025). Undersigned counsel has requested clarification from counsel for defendant Barlow on two occasions, but as of the date of this filing, has not received a response.

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Myles Albert Schneider
*Attorney for Defendant Samuel Rappylee Bateman*

Cindy Castillo
Jose Antonio Saldivar
*Attorneys for Defendant Naomi Bistline*

Sandra Hamilton
*Attorney for Defendant Donnae Barlow*

D Stephen Wallin
*Attorney for Defendant Moretta Rose Johnson*

Mark Andersen
*Advisory Attorney for Pro Se Defendant Josephine Barlow Bistline*

Tony Rollman
*Attorney for LaDell Jay Bistline, Jr.*

Gillmore Bernard
*Attorney for Defendant Brenda Barlow*

Jocquese Blackwell
*Attorney for Defendant Marona Johnson*

Loyd C Tate
*Attorney for Defendant Leia Bistline*

Kathy Henry
*Attorney for Defendant Torrance Bistline*

Bradley Lewis Miller
*Attorney for Defendant Leilani Barlow*

      I further certify that some of the participants in this case are not registered CM/ECF users. I have mailed the foregoing document by regular First-Class Mail, postage prepaid, for delivery, to the following non-CM/ECF participant:

    Josephine Barlow Bistline
    Reg. No. 51598-510
    Florence-Az-Florence-CAFCC
    Central Arizona Florence Correctional Complex
    P.O. Box 6300
    Florence, Az 85132
    *Pro Se Defendant (5)*

 *s/Keona L. Ross*
U.S. Attorney's Office