Myles A. Schneider, #028436
**Myles A. Schneider & Associates, LTD**
14001 N. 7th Street
Suite B104
Phoenix, AZ 85022
Telephone (602) 926-7373
Facsimile (877) 294-4254
Email myles@maschneider.com
**Attorney for Defendant**
**Samuel Rappylee Bateman**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>vs.<br><br><br><br>Samuel Rappylee Bateman, et al.,<br><br>　　　　Defendants. | Case No: 3:22-cr-08092-SMB<br><br>**MOTION FOR CLARIFICATION OF ORDER APPOINTING COORDINATING DISCOVERY COUNSEL (DOC. 317)** |

　　　COMES NOW the Defendant, Samuel Rappylee Bateman, by and through the appointed undersigned counsel for Defendant Bateman. Defendant Bateman seeks clarification of this court's October 13, 2023 Order Appointing John C. Ellis, Jr. as Coordinating Discovery Counsel. (Doc. 317).

　　　On October 29, 2023, the undersigned inquired with Assistance United States Attorney Dimitra Sampson about forthcoming discovery not yet produced. AUSA Sampson informed the undersigned that Doc. 317 "applies to all defendants, and our intention is to disclose everything through the discovery attorney and not to individual counsel or defendants (not that we refuse to provide discovery, but that we are simply seeking clarification of the Court's Order now that we are learning that you and your client object)." In other words, without clarification from the Court, the government no longer intends to produce discovery directly to counsel for Defendant Bateman.

　　　Defendant Bateman requests that all discovery be produced in its original form directly to the undersigned. Defendant Bateman is the number one Defendant in this matter, he is indicted

on 51 of the 56 counts in the Second Superseding Indictment and the undersigned has staff capable of reviewing the discovery produced efficiently and swiftly without the assistance of the Coordinating Discovery Attorney. Further, no inquiry was made to the undersigned as to whether Defendant Bateman wished to be included as part of the motion for appointment of the coordinating discovery attorney filed by Co-Defendant Barlow.

WHEREFORE it is requested that the Court clarify whether Defendant Bateman is entitled to receive discovery in its original form directly from the Government.

RESPECTFULLY SUBMITTED this 30$^h$ day of October 2023.

                              MYLES A. SCHNEIDER & ASSOC., LTD.

                              /s/Myles A. Schneider
                              MYLES A. SCHNEIDER (AZ Bar No.:028436)
                              14001 N. 7th Street
                              Suite B104
                              Phoenix, AZ 85022
                              myles@maschneider.com
                              Telephone: 602-926-7373
                              Facsimile: 877/294-4254
                              **Attorney for Defendant**
                              **Samuel Rappylee Bateman**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30th, 2023, I electronically transmitted the attached document to the Clerk's Office and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Myles Schneider

                              /s/ Myles A. Schneider