GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: dimitra.sampson@usdoj.gov
JILLIAN BESANCON
California State Bar No. 285869
Email: jillian.besancon@usdoj.gov
RYAN POWELL
Arizona State Bar No. 025695
Email: ryan.powell@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-22-08092-PCT-SMB |
| Plaintiff, | |
| v. | **MOTION TO EXTEND DISCOVERY DEADLINE FOR *PRO SE* JAIL COMMUNICATIONS** |
| Samuel Rappylee Bateman, et al., | |
| Defendants. | |

The United States moves the Court to extend the government's March 8, 2024 deadline for initial compliance with Rule 16 discovery only as it relates to the jail communications of *pro se* defendant Josephine Barlow Bistline. (*See* Doc. 294.)

As the United States previously notified the Court and the defendants, it has implemented a process for review of *pro se* defendants' jail communications by AUSAs and investigators not on the trial team (the "review team"). (*See* Docs. 229, 351.) As part of this process, the review team initially discloses the jail communications only to the defendant who made the communications. The defendant is then afforded 45 days to notify the review team if the defendant believes any communication contains legally privileged

content or legal strategy and therefore should not be disseminated to the prosecution team and other defendants.

Consistent with this process, jail communications for *pro se* defendant Josephine Barlow Bistline were disclosed to her through advisory counsel on February 7, 2024 and February 28, 2024, and additional disclosures are anticipated. These disclosures together contained more than 2,000 files. Although the available communications have been or will be disclosed to defendant Barlow Bistline herself by the March 8, 2024 discovery deadline, the materials will not be available to the prosecution team or the other defendants until defendant Barlow Bistline has had 45 days to object to their disclosure and any disputes are resolved.

Accordingly, the United States moves to extend the discovery deadline for defendant Barlow Bistline's jail communications until her 45-day objection window has expired and, if necessary, any disputes have been resolved. There is good cause for an extension to accommodate the review process and to ensure that defendant Barlow Bistline has sufficient time to review the jail materials before they are provided to the prosecution team and other defendants. The other defendants will not suffer prejudice from an extension because this request pertains to a narrow category of materials, the government will promptly disclose the materials upon completion of the review process, and trial is not scheduled to begin until September 10, 2024.

Respectfully submitted this 1st day of March, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Jillian Besancon*
DIMITRA H. SAMPSON
JILLIAN BESANCON
RYAN POWELL
Assistant U.S. Attorneys

# **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Myles Schneider
*Attorney for Defendant (1) Samuel Rappylee Bateman*

Cindy Castillo
Jose Antonio Saldivar
*Attorneys for Defendant (2) Naomi Bistline*

Sandra Kay Hamilton
*Attorney for Defendant (3) Donnae Barlow*

D Stephen Wallin
*Attorney for Defendant (4) Moretta Rose Johnson*

Mark Jeffrey Andersen
*Advisory Attorney for Pro Se Defendant (5) Josephine Barlow Bistline*

Jacob Faussette
*Advisory Attorney for Pro Se Defendant (6) LaDell Jay Bistline, Jr.*

Gillmore Birch Bernard
*Attorney for Defendant (7)* Brenda Barlow

Jocquese Lamount Blackwell
*Attorney for Defendant (8) Marona Johnson*

Loyd C. Tate
*Attorney for Defendant (9) Leia Bistline*

Kathy L. Henry
*Attorney for Defendant (10) Torrance Bistline*

Carlos Anthony Brown
*Attorney for Defendant (11) Leilani Barlow*

|   |   |
|---|---|
| 1 | I further certify that participants in this case are not registered CM/ECF users. I |
| 2 | have mailed the foregoing document by regular First-Class Mail, postage prepaid, for |
| 3 | delivery, to the following non-CM/ECF participants: |

Josephine Barlow Bistline
Reg. No. 51598-510
Florence-AZ-Florence-CAFCC
Central Arizona Florence Correctional Complex
P.O. Box 6300
Florence, Az 85132
*Pro Se Defendant (5)*

LaDell Jay Bistline, Jr.
Reg. No. 60788-510
Florence-AZ-Florence-CAFCC
Central Arizona Florence Correctional Complex
P.O. Box 6300
Florence, Az 85132
*Pro Se Defendant (6)*

*s/ Stephanie Ludwig*
U.S. Attorney's Office