Myles A. Schneider, #028436
**Myles A. Schneider & Associates, LTD**
14001 N. 7th Street
Suite B104
Phoenix, AZ 85022
Telephone (602) 926-7373
Facsimile (877) 294-4254
Email myles@maschneider.com
**Attorney for Defendant**
**Samuel Rappylee Bateman**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>vs.<br><br>Samuel Rappylee Bateman, et al.,<br>　　　　Defendants. | Case No: 3:22-cr-08092-SMB<br><br>**DETERMINATION OF COUNSEL** |

　　　The undersigned defense counsel respectfully requests a hearing to determine defense counsel of record in the above captioned matter. On May 9, 2024, Defendant, Samuel Rappylee Bateman, expressed a desire to terminate the undersigned as counsel of record. However, the undersigned remains ready, willing, and able to perform as previously appointed. Hence, the undersigned requests that the Court schedule a hearing, ex parte and under seal, to determine whether Defendant is entitled to new counsel.

　　　Defendant's sentencing hearing is currently set for July 15, 2024, at 3:30 p.m.

　　　The United States takes no position of this Motion.

　　　Excludable delay under 18 U.S.C. § 3161(h)(1)(D) may occur as a result of this motion or an order based thereon.

　　　RESPECTFULLY SUBMITTED this 10th day of May 2024.

MYLES A. SCHNEIDER & ASSOC., LTD.

/s/Myles A. Schneider
MYLES A. SCHNEIDER (AZ Bar No.:028436)
14001 N. 7th Street
Suite B104
Phoenix, AZ 85022
myles@maschneider.com
Telephone: 602-926-7373
Facsimile: 877/294-4254
**Attorney for Defendant
Samuel Rappylee Bateman**

## CERTIFICATE OF SERVICE

I hereby certify that on May 10th, 2024, I electronically transmitted the attached document to the Clerk's Office and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Myles Schneider

/s/ Myles A. Schneider