GARY M. RESTAINO
United States Attorney
District of Arizona

DIMITRA H. SAMPSON
Arizona State Bar No. 019133
Email: dimitra.sampson@usdoj.gov
JILLIAN BESANCON
California State Bar No. 285869
Email: jillian.besancon@usdoj.gov
RYAN POWELL
Arizona State Bar No. 025695
Email: ryan.powell@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-22-08092-PCT-SMB |
| Plaintiff, | |
| v. | **UNITED STATES' PROPOSED JOINT STATUS MEMORANDUM** |
| Samuel Rappylee Bateman, et al., | |
| Defendants. | |

The United States files this proposed joint status memorandum in advance of the July 8, 2024 status hearing.[1]

**I.      Defendants' Status**

The trial date remains September 10, 2024. The trial date has been vacated as to the following defendants only, all of whom have entered into plea agreements: Samuel

---

[1] The United States provided a draft of this proposed memorandum on June 25, 2024 to counsel for the four defendants who are still scheduled for trial on September 10, 2024. Counsel for defendant Naomi Bistline indicated no objection to this filing. It is believed counsel for Moretta Rose Johnson may be on annual leave. No responses were received from counsel for defendants LaDell Jay Bistline, Jr. and Torrance Bistline.

Rappylee Bateman (1), Donnae Barlow (3), Josephine Barlow Bistline (5), Brenda Barlow (7), Marona Johnson (8), Leia Bistline (9), and Leilani Barlow (11).  Defendants Bateman and Josephine Barlow Bistline are scheduled to be sentenced on July 15, 2024.  Defendant Leilani Barlow is set to be sentenced on September 27, 2024.  The remaining defendants previously mentioned who have pleaded guilty are set to be sentenced on July 31, 2024.

The defendants who have affirmatively rejected their pleas and plan to proceed to trial on September 10, 2024 are: LaDell Jay Bistline, Jr. (6) and Torrance Bistline (10). The other two remaining defendants: Naomi Bistline (2) and Moretta Rose Johnson (4) are not expected to proceed to trial on September 10, 2024, and resolution of their cases will be handled separately and individually.  The motions filing deadline expired on June 28, 2024.  The United States filed one substantive motion.  No motions were filed by the remaining defendants.

**II.   Scheduling and Deadlines**

The United States has complied with all previously ordered deadlines and the parties still intend to proceed to trial as scheduled and comply with the remaining deadlines established in the Amended Scheduling Order.  (Doc. 294.)

Respectfully submitted this 2nd day of July, 2024.

    GARY M. RESTAINO
    United States Attorney
    District of Arizona

    *s/ Dimitra Sampson*
    DIMITRA H. SAMPSON
    JILLIAN BESANCON
    RYAN POWELL
    Assistant U.S. Attorneys

# **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Brian Russo
*Attorney for Defendant (1) Samuel Rappylee Bateman*

Cindy Castillo
Jose Antonio Saldivar
*Attorneys for Defendant (2) Naomi Bistline*

Sandra Kay Hamilton
*Attorney for Defendant (3) Donnae Barlow*

D Stephen Wallin
*Attorney for Defendant (4) Moretta Rose Johnson*

Mark Jeffrey Andersen
*Advisory Attorney for Pro Se Defendant (5) Josephine Barlow Bistline*

Jacob Faussette
*Attorney for Defendant (6) LaDell Jay Bistline, Jr.*

Gillmore Birch Bernard
*Attorney for Defendant (7) Brenda Barlow*

Jocquese Lamount Blackwell
*Attorney for Defendant (8) Marona Johnson*

Loyd C. Tate
*Attorney for Defendant (9) Leia Bistline*

Kathy L. Henry
*Attorney for Defendant (10) Torrance Bistline*

Carlos Anthony Brown
*Attorney for Defendant (11) Leilani Barlow*

I further certify that participants in this case are not registered CM/ECF users. I have mailed the foregoing document by regular First-Class Mail, postage prepaid, for delivery, to the following non-CM/ECF participants:

Josephine Barlow Bistline
Reg. No. 51598-510
Florence-AZ-Florence-CAFCC
Central Arizona Florence Correctional Complex
P.O. Box 6300
Florence, Az 85132
*Pro Se Defendant (5)*

*s/ Stephanie Ludwig*
U.S. Attorney's Office