UNITED STATE DISTRICT COURT
DISTRICT OF ARIZONA

# WITNESS LIST --- CRIMINAL

☐ Motion to Suppress ☐ Non-Jury Trial ☒ Jury Trial

US v. Bateman, et al., Samuel  CR-22-8092-PCT-SMB
Last, First, Middle Initial  Year-Case No-Deft No-Judge

☒ GOVERNMENT ☒ DEFENDANT

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 1. | Jane Doe 1 | G/D | | |
| 2. | Moretta Rose Johnson | G/D | | |
| 3. | Jane Doe 3 | G/D | | |
| 4. | Jane Doe 4 | G/D | | |
| 5. | Jane Doe 5 | G/D | | |
| 6. | Jane Doe 6 | G/D | | |
| 7. | Jane Doe 7 | G/D | | |
| 8. | Jane Doe 8 | G/D | | |
| 9. | Jane Doe 9 | G/D | | |
| 10. | Jane Doe 10 | G/D | | |
| 11. | Jane Doe 11 | G/D | | |
| 12. | Samuel Bateman | G/D | | |
| 13. | Brenda Barlow | G/D | | |
| 14. | Donnae Barlow | G/D | | |
| 15. | Leilani Barlow | G/D | | |
| 16. | Josephine Barlow Bistline | G/D | | |

|  | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 17. | Leia Bistline | G/D | | |
| 18. | Naomi Bistline | G/D | | |
| 19. | Marona Johnson | G/D | | |
| 20. | Alice Barlow | D | | |
| 21. | Amanda Barlow | D | | |
| 22. | Clark Barlow | G/D | | |
| 23. | Josephine Barlow | G/D | | |
| 24. | Moroni Barlow | G/D | | |
| 25. | Pam Barlow | D | | |
| 26. | Zavenda Barlow | G/D | | |
| 27. | Parley Bateman | G/D | | |
| 28. | Debra Bistline | D | | |
| 29. | Dollie Bistline | G/D | | |
| 30. | EJ Bistline | G/D | | |
| 31. | Esther Bistline | G/D | | |
| 32. | Faith Bistline | G/D | | |
| 33. | Galilee Bistline | D | | |
| 34. | Ladell Bistline, Sr. | G/D | | |
| 35. | Ladell Bistline III | G/D | | |
| 36. | Lyle Bistline | G/D | | |
| 37. | Makelle Bistline | G/D | | |
| 38. | Maria Bistline | D | | |
| 39. | Moroni Bistline | G/D | | |

|     | NAME | G/D | DATE SWORN | DATE APPEARED |
|-----|------|-----|------------|---------------|
| 40. | Nate Bistline | G/D | | |
| 41. | Sky Bistline | G/D | | |
| 42. | Sylvie Bistline | D | | |
| 43. | Truston Bistline | G/D | | |
| 44. | Wyatt Bistline | G/D | | |
| 45. | Lydia Burnham | G/D | | |
| 46. | Helaman Jeffs | G/D | | |
| 47. | Sara Jessop | G/D | | |
| 48. | Julia Johnson | G/D | | |
| 49. | Mackenzie Johnson | G/D | | |
| 50. | Moroni Johnson | G/D | | |
| 51. | Moroni Johnson, Jr. | G/D | | |
| 52. | Shandra Johnson | D | | |
| 53. | Warren Levi Johnson | G/D | | |
| 54. | Christine Marie Katas | G/D | | |
| 55. | Tolga Katas | G/D | | |
| 56. | Wendy Dutton | G/D | | |
| 57. | Amy Heil | G/D | | |
| 58. | Jodie Hively | G/D | | |
| 59. | Stacy Jacobson | G/D | | |
| 60. | Brooke Triplett | G/D | | |
| 61. | Dawn Martin – FBI (retired) | G/D | | |
| 62. | Amber Lytton – FBI | G/D | | |

|  | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 63. | Chris Andersen – FBI | G/D | | |
| 64. | Joshua Arndt – FBI | G/D | | |
| 65. | J. Patrick Cullen – FBI | G/D | | |
| 66. | Jeanette Paige – FBI | G/D | | |
| 67. | Anita Shah – FBI | G/D | | |
| 68. | Joseph Shramovich III – FBI | G/D | | |
| 69. | Christian Spickler – FBI | G/D | | |
| 70. | Adam Nixon – FBI | G/D | | |
| 71. | Taylor Biggs – FBI | G/D | | |
| 72. | David Eynon – FBI | G/D | | |
| 73. | Michael Horn – FBI | G/D | | |
| 74. | John Wlasuk – FBI | G/D | | |
| 75. | Jessica Boettcher – FBI | G/D | | |
| 76. | Matthew Bangston – FBI | G/D | | |
| 77. | Robert Kalinowski – FBI Task Force Officer – Maricopa County Sheriff's Office | G/D | | |
| 78. | Jacquelyn Alvarez – FBI | G/D | | |
| 79. | Timothy Newman – FBI Task Force Officer – Glendale Police Department | G/D | | |
| 80. | Gary France – FBI | G/D | | |
| 81. | Jonathan Williams – FBI | G/D | | |
| 82. | Holly Schmitt – FBI | G/D | | |
| 83. | Amanda Williams – FBI | G/D | | |
| 84. | Cynthia Runyan – FBI | G/D | | |
| 85. | Jacey Curry – FBI | G/D | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 86. | Jesse Vargas – San Diego PD | G/D | | |
| 87. | Thomas Giffin – FBI | G/D | | |
| 88. | Seth Allen – FBI | G/D | | |
| 89. | Laura White – FBI | G/D | | |
| 90. | Logan Hall – FBI | G/D | | |
| 91. | Kristin Stahowski – United States Secret Service | G/D | | |
| 92. | Maricela Savalas – FBI | G/D | | |
| 93. | Jason Saitta – FBI | G/D | | |
| 94. | Ryan Harp – FBI | G/D | | |
| 95. | Patrick Burke – FBI | G/D | | |
| 96. | Badr Elkhannoussi – FBI | G/D | | |
| 97. | Juanita Elliston – FBI | G/D | | |
| 98. | Ronald Jackson –Arizona Attorney General's Office | G/D | | |
| 99. | Grace Evangelista – FBI | G/D | | |
| 100. | Jonathan McPherson – ATF | G/D | | |
| 101. | Jenn Baniszewski – Maricopa County Attorney's Office | G/D | | |
| 102. | Margaret Parasidis – FBI | G/D | | |
| 103. | Daniel Ference – FBI | G/D | | |
| 104. | Trevor Winters – FBI | G/D | | |
| 105. | Melissa Henratty – FBI | G/D | | |
| 106. | Trevor Culbert – FBI | G/D | | |
| 107. | Benjamin Walker – FBI | G/D | | |
| 108. | David Fenbert – FBI | G/D | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 109. | Jason Benedetti – FBI | G/D | | |
| 110. | Robert Satake – Spokane County Sheriff's Office | G/D | | |
| 111. | Brad Humphrey – Spokane County Sheriff's Office | G/D | | |
| 112. | Christopher Green – AZ DPS | G/D | | |
| 113. | Michael Negrete – AZ DPS | G/D | | |
| 114. | Gary Crosby – AZ DPS | G/D | | |
| 115. | Jerry Rintala – Flagstaff PD | G/D | | |
| 116. | Tyler Shank – Chandler PD | G/D | | |
| 117. | Ryan Sherf – Flagstaff PD | G/D | | |
| 118. | Benjamin Barlow | D | | |
| 119. | Jon Bettridge – Brian Head Marshals Office | G/D | | |
| 120. | Mark Gower – Colorado City PD | G/D | | |
| 121. | Max Horsley – Colorado City PD | G/D | | |
| 122. | Dave Wilkinson – Colorado City PD | G/D | | |
| 123. | Dave McIntyre – Iron County Sheriff's Office | G/D | | |
| 124. | Colin Alexander – Columbus PD (retired) | G/D | | |
| 125. | Jaymee Levander – Columbus PD | G/D | | |
| 126. | Candice Babb – AZ DCS | G/D | | |
| 127. | Rochelle Williams – AZ DCS | G/D | | |
| 128. | Holly Phillips – AZ DCS | G/D | | |
| 129. | Larissa Brown – AZ DCS | G/D | | |
| 130. | Dr. Janelle Brown | G/D | | |
| 131. | Custodian of Records – AZ DPS | G/D | | |

|  | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 132. | Custodian of Records – Coconino County Jail | G/D | | |
| 133. | Custodian of Records – CoreCivic | G/D | | |
| 134. | Custodian of Records – Washington County Jail | G/D | | |
| 135. | Custodian of Records – America First Credit Union | G/D | | |
| 136. | Custodian of Records – American Express | G/D | | |
| 137. | Custodian of Records – Block Inc. | G/D | | |
| 138. | Custodian of Records – Capital One | G/D | | |
| 139. | Custodian of Records – GM | G/D | | |
| 140. | Custodian of Records – Luxury Lease | G/D | | |
| 141. | Custodian of Records – Mountain America Credit Union | G/D | | |
| 142. | Custodian of Records – Sutton Bank | G/D | | |
| 143. | Custodian of Records – Wells Fargo | G/D | | |
| 144. | Custodian of Records – Zions First National Bank | G/D | | |
| 145. | Custodian of Records – AT&T | G/D | | |
| 146. | Custodian of Records – Verizon Wireless | G/D | | |
| 147. | Custodian of Records – AirBnB | G/D | | |
| 148. | Custodian of Records – Choice Hotels | G/D | | |
| 149. | Custodian of Records – Comfort Inn | G/D | | |
| 150. | Custodian of Records – Hilton | G/D | | |
| 151. | Custodian of Records – Hampton Inn | G/D | | |
| 152. | Custodian of Records – Six Continents Hotels | G/D | | |
| 153. | Custodian of Records – Bentley Dealership | D | | |
| 154. | Custodian of Records – Velociwrapper | D | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 155. | Custodian of Records – Attorney Blake Hamilton | D | | |
| 156. | Attorney Blake Hamilton | D | | |
| 157. | John Odonald | D | | |
| 158. | Amanda Steed | D | | |
| 159. | Charles Steed | D | | |
| 160. | Warren Jeffs | D | | |
| 161. | TJ Mahoney, VP of Supply Chain at United Rentals, Inc.; AKA custodian of records | D | | |
| 162. | Clay Johnson | D | | |
| 163. | James Valdez | D | | |
| 164. | Joanna Collins | D | | |
| 165. | Jennifer French | D | | |
| 166. | Dan Bailey | D | | |
| 167. | Shirlee Draper | D | | |
| 168. | Dr. Marti Loring | D | | |
| 169. | | | | |
| 170. | | | | |
| 171. | | | | |
| 172. | | | | |
| 173. | | | | |
| 174. | | | | |
| 175. | | | | |
| 176. | | | | |