# Attachment 1

**85 North Homestead St,**
Colorado City, AZ 86021
November 26, 2024

The Honorable Judge Brnovich
United States District Judge

c/o Jose Saldivar/Cindy Castillo

Dear Judge Brnovich,

My name is Shanessa Knudson, daughter of Carole Knudson. I am writing to you as someone who has known Naomi for my entire life. She is like a sister to me, and our families were very close when we were part of the same church community.

Growing up, Naomi was always someone I felt safe and loved around. She consistently showed kindness, comforted me when I was sad, and brought joy to those around her. Naomi was known for her humor, spontaneity, and charismatic nature. Even as a young person, she exhibited ambition and a remarkable ability to handle responsibility.

When I heard Naomi had "joined" the Sam Bateman group, I was shocked. I couldn't imagine her choosing to join such a situation of her own free will. It became clear to me that there was more to the story—external pressures or influences must have pushed her into that position.

When I learned that she would be released from prison and move in with us, I was overjoyed at the chance to reunite with her. Despite the challenges she has endured, Naomi remains vibrant, loving, and resilient. However, it is also evident that she has been deeply traumatized. Even so, the goodness and strength that I always admired in her have not been stripped away.

I am Naomi's cousin and, like her, I grew up in the FLDS church. I left the church with my mother three years ago, when I was 15, and I am now 18. I deeply understand the feelings of being trapped within that environment and the heavy teachings of obedience without question. Since leaving, I've faced rejection and shunning from some of my own family simply for no longer believing in the teachings of the church.

I share this to emphasize that I understand the complex pressures Naomi must have faced and the courage it takes to begin rebuilding a life outside such a controlling system. Naomi is an exceptional person who deserves a chance to heal and move forward.

Thank you for taking the time to read my letter. I hope my perspective helps you understand Naomi's character and circumstances more fully.

Sincerely, Shanessa Knudson
(435)-849-6266

**Carole Knudson**
**85 N. Homestead Street 363**
**Colorado City, AZ 86021**

**November 13, 2024**

Honorable Judge Susan M. Brnovich
United States District Judge
c/o Jose Salvidar

Dear Judge Brnovich,

I'm writing to provide a character reference for my niece, Naomi Bistline, who has been living with me and my daughters since her release on September 4, 2024. Naomi has been working hard to rebuild her life, process the trauma of her past, and move forward with genuine regret over her involvement with Samuel R. Bateman.

A little over a year ago, Naomi reached out to me asking if she could live with us. I am considered an apostate of the FLDS religion; I left the church only three years ago, so I fully understand the serious consequences of stepping away and choosing not to submit. Leaving the religion led to my being completely cut off from family, friends, and community. Naomi was still a believer, as far as I knew, so her reaching out was a courageous step, showing she was ready to leave that life and face the difficult challenges ahead.

Naomi has shared with me many painful and troubling experiences from her past, including the emotional, sexual, and psychological abuse she suffered. In the community, she was conditioned to submit, manipulated in ways that left her isolated and trapped. She now realizes how this culture of control and exploitation shaped her actions and mindset. In particular, Naomi has expressed deep shame over her involvement with Samuel Bateman and the manipulation that led her to act in ways she now regrets. She feels humiliated and takes full responsibility for her actions but is working hard to learn from her mistakes.

Since moving in, Naomi has shown herself to be a thoughtful, kind, and selfless person. She helps around the house, does chores without being asked, and always goes out of her way to make life easier for everyone else. She has become a sister figure to my teenage daughters, who consider her part of our family.

Naomi is excited about her future and has big dreams of going to college. She's enrolled to start classes at our community college in January. She's been actively looking for a part-time job to support herself as she starts this new path. Naomi's work ethic, motivation, and kindness are apparent in everything she does.

Through my work as a Certified Family Peer Support Specialist here at Cherish Families, a non-profit that supports people from polygamous backgrounds, I connected Naomi with an excellent therapist. She has been going once or twice a week, working hard to process her trauma and understand the manipulation she endured. She has become more open about her experiences, which have had a lasting impact on her self-worth. Naomi feels immense regret and shame but is committed to healing and learning how to take control of her own life.

Naomi has learned to advocate for herself and recognize that no one should have the power to exploit or control her. She now understands the dangers of such manipulative environments and is building the skills to think critically and independently. I believe that, with her experiences, she has the potential to help others who have gone through similar forms of abuse and exploitation.

In conclusion, I am proud of Naomi for her strength in confronting the past, for her commitment to personal growth, and for the compassion she has shown toward others despite her own pain. Naomi has a bright future, and I know she is determined to make a positive impact. It has been a privilege having her live with us.

Thank you for your time and consideration.

Sincerely,

Carole Knudson

**Carole Knudson**

**(435) 619-9300**

**Cbk4bck@gmail.com**

**Connected Care Clinic**
621 S Coyote Rd
Apple Valley UT 84737
(435) 669-8363

12th November 2024

**Honorable Susan M. Brnovich**
United States District Judge
℅ Jose Antonio Saldivar, Managing Attorney

Dear Honorable Judge Susan M. Brnovich,

My name is Grant Pemberton. I am a Licensed Professional Counselor (LPC) in the State of Arizona, and a Licensed Clinical Mental Health Counselor (LCMHC) in the State of Utah. I was previously the Clinical Director for Cherish Families, a company dedicated to serving plural families. I have extensive training and knowledge in working with those involved with plural families from several different polygamist groups, as well as those who are independent of an organized religion.

Naomi Bistline has been a patient of mine since September 24, 2024. She has attended treatment two times per week (zero missed sessions), including talk therapy (1x per week) and equine therapy (1x per week). She is engaged and searching for answers to start a new life. With help, she continues to seek and follow her own intuition. Unfortunately her access to resources is limited, and therapy may be limited.

Naomi reports several past experience matching criteria ascribed to the BITE Model of Mind Control (attached). Being raised in this environment she had very little chance of making decisions independent of religious leaders, as she believed that her exhalation to God depended on her obedience to secular leadership. In essence, she obeyed God by obeying leadership, sacrificing her own intuition to that which was dictated, regardless of physical pain (at a minimum) and consequence. Rather, pain in her mind was equivalent to the sacrifice she must make to obtain God's presence. In essence, her obedience

not only helped her survive, in her mind, but affected her station in the after life. Her obedience extended to breaking laws if and when dictated by her "priesthood leaders."

Her recovery and rehabilitation is in part related to her ability to make decisions. On a very simplistic level (what shoes to wear), as well as on a very complicated level (am I worthy of living, should I take my own life).

Naomi appears to have learned some very hard lessons over the past couple of years. Her rehabilitation appears to be on track. Sending her to Texas, working with therapists and attorneys, as well as having supportive family role models all seem to contribute to her success as a productive member of society.

In consideration of this patient's verbal report of her contempt for specific people, her struggle to reconcile her past, her separation from her former religion, and her spark of hope for a brighter future, it appears unlikely to this therapist that she will reoffend.

Sincerely,

Grant Pemberton, CMHC, LPC

Grant Pemberton, MS, LPC, LCMHC

# BITE Model of Mind Control

From *Combating Cult Mind Control* by Steven Hassan

| Behavior Control | Information Control |
|---|---|
| Instill dependence and obedience<br>Modify your behavior with rewards and punishments<br>Dictate where and with whom you live<br>Restrict or control your sexuality<br>Control your clothing and hairstyle<br>Regulate what and how much you eat and drink<br>Deprive you of 7-9 hours of sleep each night<br>Exploit you financially<br>Restrict your leisure time and activities<br>Require you to seek permission for major decisions<br>Require you to spend major time on group indoctrination and rituals, including self-indoctrination on the internet | Deliberately withhold and distort information<br>Forbid you from communicating with ex-members and critics<br>Restrict access to non-cult sources of information<br>Compartmentalize information into Insider vs. Outsider doctrine<br>Generate and use propaganda extensively<br>Use information gained in confession sessions against you<br>Gaslight to make you doubt your own memory<br>Require you to report your thoughts, feelings, and activities to superiors<br>Encourage you to spy and report on others' "misconduct," often using a buddy system<br>Use "Big Brother" surveillance methods |
| **Thought Control** | **Emotional Control** |
| Teach you to internalize group doctrine as "Truth" ("sacred science")<br>Instill Black vs. White, Us vs. Them, and Good vs. Evil thinking<br>Change your identity, possibly even your name<br>Use loaded language and clichés to stop critical/complex thought<br>Induce hypnotic or trance states to indoctrinate<br>Teach thought-stopping techniques to prevent critical thoughts and reality-testing<br>Allow only positive thoughts<br>Use excessive meditation, singing, prayer, and chanting to block thoughts<br>Reject rational analysis, critical thinking, and constructive criticism | Instill irrational fears of questioning or leaving the group (phobia indoctrination)<br>Make you feel elitist and special ("love bombing")<br>Promote feelings of guilt, shame, and unworthiness<br>Elicit extreme emotional highs and lows<br>Label some emotions as evil, worldly, sinful, or wrong<br>Teach emotion-stopping techniques to prevent anger or homesickness<br>Threaten and harass your friends and family<br>Shun you if you disobey or disbelieve<br>Teach you that there is no happiness or fulfillment outside the group |