# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-08092-001-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Samuel Rappylee Bateman, | |
| Defendant. | |

The Court having reviewed the Defendant's Motion to Set Competency Hearing, and good cause appearing,

**IT IS ORDERED** granting the defendant's Motion (Doc.843) for the reasons stated in the Motion.

**IT IS FURTHER ORDERED** setting a hearing to determine competency for **December 9, 2024 at 3:30 p.m.** in courtroom 506.

Dated this 2nd day of December, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge