1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  DIMITRA H. SAMPSON
   Arizona State Bar No. 019133
4  Email: dimitra.sampson@usdoj.gov
   JILLIAN BESANCON
5  California State Bar No. 285869
   Email: jillian.besancon@usdoj.gov
6  RYAN POWELL
   Arizona State Bar No. 025695
7  Email: ryan.powell@usdoj.gov
   Assistant U.S. Attorneys
8  Two Renaissance Square
   40 N. Central Ave., Suite 1800
9  Phoenix, Arizona 85004
   Telephone:  602-514-7500
10 Attorneys for Plaintiff

11              IN THE UNITED STATES DISTRICT COURT

12                 FOR THE DISTRICT OF ARIZONA

13

| United States of America, | No. CR-22-08092-001-PCT-SMB |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' SENTENCING MEMORANDUM** |
| Samuel Rappylee Bateman, | |
| Defendant. | |

20   **I.      Introduction**

21          The defendant, Samuel Rappylee Bateman, was the leader of an interstate child

22   sexual abuse ring that spanned numerous states and victimized at least ten underage girls.

23   As the new self-proclaimed prophet of the FLDS, the defendant amassed over 20 "wives,"

24   including 10 child "brides" as young as 9 years of age.   Through coercion and

25   manipulation, he forced his child "brides" to participate with him in group sexual activities

26   along with other adult men and women.  He personally raped the victims in group settings

27   and individually on a daily basis and for years.  He also tried to force his victims to engage

28   in sexual activity with each other and his adult "wives."  Once he amassed a following, the

defendant isolated his victims from the outside world.  During one of the many "sacred ordinances" the defendant organized, he allowed other men to rape his "wives" and one of his 13-year-old child "brides" while he watched and raped another young girl.

When the investigation into the child sex abuse ring began in 2022, the defendant started hiding evidence and attempted to tamper with witnesses.  He encouraged his followers to do so as well, and they did.

The defendant was first charged and arrested federally in September 2022 with obstruction of justice charges.  In May 2023, he faced charges for his conduct related to the child sex abuse ring.  In the Third Superseding Indictment, the defendant was charged with 53 counts related to child sex trafficking and conspiracy, as well as kidnapping and obstruction of justice.

On April 1, 2024, the defendant pled guilty to Conspiracy to Commit Transportation of a Minor for Criminal Sexual Activity and Conspiracy to Commit Kidnapping.  The plea agreement contained a detailed factual basis that was 15 pages long.  For his acceptance of responsibility and sparing the victims from having to testify at a trial against him, the United States agreed to a sentencing range of 20 to 50 years' imprisonment followed by lifetime supervised release.  The only appropriate sentence here under the plea is 50 years' imprisonment.

The facts are set forth in detail not only in the plea agreement, but also in the Third Superseding Indictment, as well as the presentence report.  Also, this Court sat through the month-long trial of two of the co-defendants in this case—the Bistline brothers.  This Court heard the testimony of each of the victims, as well as other witnesses who were impacted by the defendant's crimes.  The defendant's crimes, along with those of a few key co-defendants in this case, impacted an entire community and tore numerous families apart.  The defendant caused extreme physical and mental anguish to so many, particularly the 9 named victims.  For that, a 50-year prison sentence is not only warranted, but necessary.

## II.    Background

As this Court is aware from testimony in the Bistline trial, when FLDS prophet Warren Jeffs was imprisoned for sexually abusing children in 2012, he issued an edict to the FLDS community voiding existing marriages, precluding sexual activity, and prohibiting new marriages until his release from imprisonment.  In the FLDS belief system, only the prophet can ordain marriages.  Therefore, the defendant and his co-defendant LaDell Bistline, Jr., along with separately indicted co-conspirator, Moroni Johnson, capitalized on this leadership void and installed the defendant as the new "prophet" so they could get what they wanted—new wives, sexual activity, and more children.

In order to justify what they were doing, which included trading the women and girls under their control like property, these men began to preach ideas inconsistent with FLDS teachings, including the idea of self-revelation, meaning that one could ask God directly what to do rather than receiving God's will through the prophet.  Because their teachings were initially met with resistance, they tried to convince their followers that the defendant was a prophet.

These men were not victims of the FLDS teachings.  They created their own ideology to serve their selfish interests, and they elevated the defendant as their new leader to accomplish their goals.  The defendant and Johnson traveled to Canada in February 2019 to spread their teachings, at which time the defendant attempted to marry his own 13-year-old daughter, and told her he wanted to have a baby with her.  Fortunately, the defendant's then wife immediately divorced the defendant, obtained a restraining order against him, and protected her daughter—something many of the co-defendants and co-conspirators did not do in this case.

The men were shunned by the FLDS community in Short Creek, Arizona, and they relocated their operation to Lincoln, Nebraska.  Johnson and Bistline, Jr. gave their own underage daughters to the defendant as child "brides," knowing full well that Bateman would sexually abuse the girls. Johnson gave five of his underage daughters, as well as his

step-daughter, to the defendant.  They were 9, 10, 12, 13, 14 and 17 years old.  Bistline, Jr. gave his two youngest daughters to the defendant.  They were 9 and 10 years old.  Johnson and Bistline, Jr. also began recruiting additional followers for the defendant, including their wives, family members, and caretakees.

The defendant, Johnson, and Bistline, Jr. all participated in group sexual activity with several of the young victims on multiple occasions.  When law enforcement and the Department of Child Safety (DCS) became suspicious, Bistline, Jr. lied for the defendant, and in return, was loaned many of the defendant's child "brides" for a couple of hours.  He was eventually rewarded with a new young "wife."  After acquiring the majority of his child "brides" in Lincoln, Nebraska in 2020, the defendant and his followers all moved back to the Short Creek area in the beginning of 2021.  Initially, they all lived together under one roof where the defendant was openly sexually abusing the victims.  After the defendant was given the last of his child "brides"—Jane Does 10 and 11—he moved into a very small home with all his "wives" and child "brides" and had his followers continue to support him, financially and otherwise.

The defendant continued to sexually abuse his child "brides" on a daily basis while his co-defendants stood by and allowed it, even participated in it.  The young victims were made to sleep naked every night, whether it was in bed with the defendant or on the floor around his bed.  He would choose a couple of girls to sleep with him each night, which meant they had to have sex with him.  He engaged in sex with the girls in front of one another and would encourage them to touch each other while he was having sex with them. The defendant also allowed three men to join in the "Atonement" with him: Johnson, Bistline, Jr., and co-defendant Torrance Bistline, who anally raped 13-year-old Jane Doe 7 while the defendant and others watched.

Although Torrance Bistline came into the picture later than the other men, he also promoted the defendant as a prophet.  He funded the defendant and his "wives" and child

- 4 -

"brides." He paid the defendant an exorbitant amount of money for doing nothing, and he bought the defendant luxury vehicles to enhance the defendant's status in the community.

The defendant treated his child "brides" like chattel and controlled every aspect of their lives. He traded them with other men: he literally gave them away and took them back as he pleased. He paraded them around town on a flatbed trailer. He would have them sing to him every night, prepare his meals and drinks, and draw his bath for him. He required them to "confess" minor infractions and belittled them in front of his followers. He would transport them to various locations in camp trailers and sexually abuse them. He would take them to the mountains and teach them how to hide from law enforcement and what to say if ever questioned.

Within a two-week period, the defendant was pulled over by law enforcement twice for putting the young victims in extremely dangerous situations. On August 14, 2022, he was driving his truck on the highway pulling a trailer with three of the young victims sitting unsecured on a side-by-side atop the trailer. Exactly two weeks later, on August 28, 2022, the defendant was driving on the highway in Flagstaff, pulling a box trailer, where those same three young victims were sitting completely unsecured, with a make-shift toilet, no air-conditioning, and a door that was not latched. He was more concerned that he would be pulled over and caught with the girls than he was about their safety.

After the defendant was arrested for child endangerment, the defendant immediately called co-defendant Torrance Bistline and his other followers from jail and told them to delete his Signal account, and to tell others to do the same. This formed the basis of the defendant's first federal Indictment. He was arrested on September 13, 2022, on the same day the FBI executed search warrants in Colorado City. The victims were taken into DCS custody the next day. At the time, the defendant and his followers had convinced the girls they should not talk about what was happening.

A couple of months later, in November 2022, the defendant and many of his co-defendants devised a plan to kidnap the girls from DCS custody. They were successful in

taking all but one of the victims from custody and transporting them out of state. Co-defendant Moretta Johnson was arrested with the eight victims in Spokane, Washington a few days later. The defendant continued to attempt to obstruct justice from custody, and many of his co-defendants did the same. To this day, some of his co-defendants and unindicted co-conspirators support the defendant.

### III.    Sentencing Factors

Fortunately, each and every one of the victims in this case is free from Bateman's control and abuse. Some of the co-defendants have denounced the defendant and cooperated with the investigation, and many of them testified at the trial against the Bistline brothers. This Court heard first-hand the absolute devastation the defendant's actions, as well as those of his co-defendants, caused for so many. Jane Doe 10, who was 14 when she was given to the defendant, wrote a victim impact statement explaining how the defendant harmed every part of her life: he stripped her of her identity—including her personality, dreams, and ambitions—and she lost her education, self-confidence, and many of her family relationships. These young victims will live with the memories and the trauma they suffered at the hands of the defendant and some of his co-defendants for the rest of their lives.

The nature of the offenses could not be more serious. The impact on the victims could not be more tragic. The history and characteristics of the defendant do not change this conclusion. The defendant and some of his co-defendants knew what they were doing was wrong. The defendant has acknowledged that he knew what he was doing was illegal. Contrary to what has been said, the defendant's conduct was not consistent with the teachings of the FLDS. The vast majority of the FLDS community rejected what the defendant and his co-defendants were doing. They did it anyway. The defendant cannot now use his proclaimed religious beliefs as an excuse, or even in mitigation.

The defendant was only given the opportunity to plead to something less than the Guidelines-recommended life sentence in exchange for his accepting responsibility and

saving the victims from having to testify in a trial against him about the horrific things he did to them. Unfortunately, they still had to endure that experience, but that was out of the defendant's hands. A 50-year sentence is sufficient, but not greater than necessary, to accomplish the goals of federal sentencing and to satisfy the Title 18, United States Code, Section 3553(a) factors. A 50-year sentence gives the defendant hope of a short life outside of prison, but protects the public from the potential of future crimes by the defendant. The need for deterrence is also critical in the defendant's and co-defendants' community as the defendant still has some dedicated followers to this day. A 50-year sentence, which is essentially a life sentence for the 48-year-old defendant, provides just punishment in light of all of the circumstances.

## IV.    Conclusion

For these reasons, the United States asks this Court to accept the plea agreement and sentence the defendant to 50 years' imprisonment followed by lifetime supervised release, to allow the victims to put this tragic chapter behind them and continue to heal.

Respectfully submitted this 4th day of December, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

s/ Dimitra H. Sampson
DIMITRA H. SAMPSON
JILLIAN BESANCON
RYAN POWELL
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following registrants:

Brian Russo
*Attorney for Defendant (1) Samuel Rappylee Bateman*

s/ Stephanie Ludwig
U.S. Attorney's Office