# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-08092-001-PCT-SMB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Samuel Rappylee Bateman, | |
| Defendant. | |

Pending before the Court is Defendant Samuel R. Bateman's Motion to Withdraw (Doc. 1033). Maria Bistline signed the Motion to Withdraw "POA for Samuel R. Bateman." (*Id.* at 14.) Maria Bistline is not an attorney and may not sign filings on Defendant's behalf. *See, e.g.*, *United States v. Shubart*, No. 3:12-CR-00028-TMB, 2018 WL 10757637, at *1–2 (D. Alaska Mar. 29, 2018) ("A power of attorney does not permit a non-attorney to appear as an attorney on behalf of another person."). Defendant may refile his Motion to Withdraw but he must personally sign or have a licensed attorney sign his filings.

Accordingly,

**IT IS HEREBY ORDERED** striking Defendant's Samuel R. Bateman's Motion to Withdraw (Doc. 1033).

Dated this 14th day of August, 2025.

Honorable Susan M. Brnovich
United States District Judge