**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, Plaintiff -vs- Samuel Rappylee Bateman, Defendant. | CR-22-8092-PCT-SMB **Order** |

On June 12, 2025 Defendant filed a Motion to Vacate under 28 U.S.C. § 2255 (Doc. 1021), which has been opened in the separate case, *Bateman v. United States*, CV-25-8118-PCT-SMB-JFM. Since then, Defendant has filed two motions (Docs. 1060, 1063) in this case seeking various records "for the purpose of preparing and supporting Defendant's pending motion under 28 U.S.C. § 2255" (Doc. 1060 at 1) or "pursuant to Defendant's pending Motion under 28 U.S.C. § 2255" (Doc. 1063 at 1-2).

**IT IS THEREFORE ORDERED** the Clerk must file in Defendant's 2255 case, CV-25-8118-PCT-SMB-JFM, and terminate from the court's pending motions calendar in this criminal case, the following:

(A) Defendant's Motion for Sealed Transcript and Psychological Evaluation Report, filed May 18, 2026 (Doc. 1060); and

(B) Defendant's Motion for Sealed Transcript and Psychological Evaluation Report, filed August 24, 2026 (Doc. 1063).

Dated this 30th day of September, 2026.

Honorable Susan M. Brnovich
United States District Judge